Copy Page 1 of 7
3-12-15

The United States District Court
For the District Court of Colorado

Civil Case No. 14 cv 03420 -WYD- BNB

Esmeraldo Villanueva Echon Jr. Maribel Echon
Justin Echon
Plaintiff

William Sackett & Leonida Sackett
Defendant

Answer to A Civil Action

#1  Yes
#2  We Did Not Hold in Debt Bondage
#3  Denided
#4  Esmeraldo Villanueva Echon Jr. Maribal Echon and Justin Echon Were Never Employ's of the Sackett Famley or of William Sackett at Anytime
#5  Was Not Employed By Defendant
#6  At any time, the Plaintiffs were Unhappy, that I Did Not Give them a 2005 Chev, Pickup and the House Where they lived,

## Parties

#7 yes
#8 yes
#9 yes
#10 yes
#11 yes
#12 yes
#13 No
#14 No Was Never Employed By the Defendants at anytime
#15 No
#16 Justin Enhon Never Work as an Employ of the Sackett Famley
#17 No
#18 No was Not Employed or made to Work For anything at any time

## Statement of Facts

#19 yes
#20 yes since 1938
#21 yes
#22 Leonida Sackett yes
#23 yes
#24 yes
#25 I Do Not Know
#26 I Do Not Know

#27 Yes

#28 Yes

#29 It Cost a Large Some of money

#30 No She Did Not

#30 No

#31 No, He coude Get a Job any time He want to, is Not true

#32 No

#33 It is not true He was Never Give a Employment Job

#34 His debt was Never to be Paid By Employment By the Sacket Famley

#35 No

#36 I Do Not Know

#37 No

#38 No

#39 No

#40 No

#41 No

#42 No

#43 No

#44 No

#45 No

#46 No

#47 I Do Not Know
#48 No
#49 No
#50 No
#51 No
#52 No
#53 No
#54 I Do Not Know What the Plaintiff Hoped For
#55 I Do Not Know What Went on In Manzanola Co.
#56 Yes thay were in School
#57 Yes
#58 No true
#59 No all thay Had to Due was Call me the Kid was in Hi School His Last year, His outhe son was in Jr. Hi 5th
#60 I Do Not Know
#61 No
#62 I Do Not Know What thay Felt
#63 No
#64 No
#65 No

#66 No
#67 No
#68 No She Did Not
#69 No
#70 No I Do Not Know what She Felt
#71 thay move out of my House
#72 No
#73 No I Do not Know What thay Did
#74 I Do Not Know
#75 yes there were Not owe Money
#76 yes
#77 We owe No money. Esmeraldo Echon
#78 yes
#79 yes Not to Bad
#80 No
#81 No
#82 No
#83 No
#84 No
#85 No
#86 No
#87 No

#88 No
#89 No
#90 that is Not true
#91 No
#92 No
#93 No they Did Not
#94 No
#95 No
#96 No
#97 No
#98 No          } Was Not Employed
#99 No
#100 No
#101 No
#102 No
#103 No
#104 No
#105 No
#106 He Had Kidney Stons
#107 No
#108 No
#109 No
#110 I Do Not Know when He Returned
#111 No
#112 No

Pag # 7

#113 No
#114 No
#115 No
#116 No
#117 No
#118 No
#119 I Do Not Know
#120 Was Not Employed
#121 I was
#222 No
#223 Was Not Employed
#224 No
~~# 2~~ Maribel Echon
#225 to #162
    Just Not true Was Never Employed
#163 to 182 Justin Echon
    Was Never Employed

#182 to 223 is Not true

No one was Employed By the Sackett Famley or was there any offer of Employment

William Sackett
20370 Hwy. 50 E.
Rocky Ford, Co. 81067