FILED 4-13-15 ①
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2015

JEFFREY P. COLWELL
CLERK

In the United States District Court For
the District of Colorado

to RE: Lawson Kovalinka

Civil Action No 14-CV-03420-REB-NYW

Esmeraldo Villanueva Echon Jr.
Marbel Echon and Justin Echon
Plaintiffs

V.

William Sackett and Leonida Sackett
Defendants

Answer to Disclosure

#1  I will Have 2 Witten
                        Echon  Echon Brother
Rocky Ford Co. 81067 Don Penner Rocky Ford Co. 81067

#2 We Supported Echon Jr. His wife Marbel
two Brother two Son Justin Echon
Jeffery Echon Kevin Echon, There Father
and Mother For more than 15 years

#3 We Never offerd any Job of any
Kind on Employed Any of them at
Any Time

#4 It take a Lot to support A. Famley of 5 and Send 2 members to School, Lern them to Drive Get Driver Licence S.S. Card's

#5 I Paid For All there Papper to Get to the United States Green Card's Support Papper Air Plain tickes

#6 Support in the Phillippens For 24 years

#7 Dintest + Doctor Bill

#8 I Paid For 4 Funerals For this Famley 1 Brother 1 Sister Mother + Father

#9 Sent Mother + Father Back to the Phillippens For Brother Funeral

#10 Sent mother Back For Sister Funeral in the Phillipens

#11 I took there mother 3 time Per. Week For Doalysis For 8 Years

#12 Paid off Farm in Phillipens So to Prevent For Closure

#13 I Did this So thay Could all Be Here as one Family

#14 wittns Ding Suher 204 N. Lincoln Bot 145 olney Spring Co. 81062

#15 Wilma O'Reilly ondway Colorado 81063

#16 Shelly Moore Rocky Ford Co. 81067
Isidra Farno Rocky Ford Co. 81067
Laurel Echon Rocky Ford Co. 81067

#17 Shanna Montoya Pueblo west Colorado 8100

#18 Gundy Allumbaugh Sugar City Colorado 81076

#19 Sent two Son to School For two years Paid All Cost took to School And Pickup Eever Day of School Paid For All School Cost Graduation and What Every it took & Gave Some Money For them to Have Fun on

#20 I Never Ask any thing of them It was support I Gave them No Employment of any Kind

#21 Justin Set my Shop an Fire that Shop Had a Valu $250,000 with tool & Supplys

#22 thay All Lived in My House All 8 of them it took a Lot to Support them

#23 Air Plain tickes For 5 this time

#24 Got Justin Out of tubel in the Phillippens

#25 No Dollar Amount as yet

#26 and Quite a Bit more that at this time I DoNot Rember

Leonida Sackett    William Sackett

20310 Hwy 50
Rocky Ford Co. 81067