*July 15, 2015*

Verification

State of _Co_ )
                        ) ss.
County of _Otero_ )

I have read the foregoing DEFENDANT LEONIDA SACKETT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS, and verify that the facts contained herein are complete and true to the best of my knowledge, information, and belief.

By: *Leonida Sackett*

Leonida Sackett
20370 E Hwy 50
Rocky Ford, CO 81067
719-254-6559

*July 15, 2015*

Verification

State of __C̲o̲.̲__ )
) ss.
County of __O̲t̲e̲r̲o̲__ )

I have read the foregoing DEFENDANT WILLIAM SACKETT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS, and verify that the facts contained herein are complete and true to the best of my knowledge, information, and belief.

By: *William Sackett* (signature)

William Sackett
20370 E Hwy 50
Rocky Ford, CO 81067
719-254-6559