IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-03420-PAB-NYW | Date: | October 1, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| ESMERALDO VILLANUEVA ECHON, JR., MARIBEL ECHON, JUSTIN ECHON, **Plaintiffs,** | *William Lawson Konvalinka* *Caleb Samuel Stewart* |
| v. | |
| WILLIAM SACKETT, LEONIDA SACKETT, **Defendants.** | *pro se* |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

Court in Session: 10:00 a.m.

Appearance of counsel.

Discussion held on Plaintiffs' Motion to Compel Discovery [32] filed August 19, 2015.

Parties discuss Defendants' position on retaining counsel. Defendants plan to proceed *pro se*.

Defendant objects to the personal nature of the discovery requests and believes the information is private.

Discussion held on applicable rules. Defendants are given a copy of the Local Rules of Practice of the United States District Court for the District of Colorado, and Judge Philip A. Brimmer's Civil Practice Standards.

A proposed protective order is due on or before October 15, 2015. Until the entry of a Protective Order, any documents produced by Defendants shall be designated as attorneys' eyes only.

Defendants request a jury trial in this matter. Discussion held regarding jury selection process.

For the reasons stated on the record, it is

**ORDERED:  Plaintiffs' Motion to Compel Discovery [32] is GRANTED. Defendants shall respond to Plaintiffs' First Set of Interrogatories and Plaintiff's Request for Production of Documents on or before October 22, 2015. If Defendants object to the questions, they must still answer them, but may also note objections.**

Plaintiffs ask to renew their Motion to Amend Scheduling Order to Extend Certain Deadlines. Plaintiffs shall file a formal motion.

Discussion held regarding verified responses to discovery requests.

**ORDERED: All parties shall comply with Rule 26 of the Federal Rules of Civil Procedure regarding discovery, including the verification of interrogatories.**

Parties are advised of informal discovery dispute process. Before filing discovery motions, parties are instructed to comply with D.C.Colo.LCivR 7.1(a) in an effort to resolve the issue(s). If that is unsuccessful, parties shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is simple, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to submit materials to chambers. Parties are not barred from filing a formal motion, unless the court rules during the informal conference.

Discussion held regarding Interrogatory #1, Interrogatory #2, and Interrogatory #6.

Parties discuss status of settlement efforts.

Court in Recess:  10:48 p.m.            Hearing concluded.            Total time in Court:  00:48