IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 10 2017**

JEFFREY P. COLWELL
CLERK

Civil Case 14-cv-03420-PAB-NYW

ESMERALDO VILLANUEVA ECHON JR;

MARIBEL ECHON;

and JUSTIN ECHON

    Plaintiffs,

v.

WILLIAM SACKETT and

LEONIDA SACKETT

    Defendants.

---

### Proposal to Remove Witnesses
---

    A. Albert Hall

        a. All Albert Hall knows about this case is hearsay and involves illegal trespassing.

B. Phylis Adkins

    a. All Phylis Adkins knows about this case is hearsay. She had no way of knowing anything about this case that she was not told by someone else.

C. Angela Martinez

    a. Angela Martinez was illegally trespassing on my property by not letting me know she was coming and getting permission.

D. Peggy Bellar

    a. Peggy Bellar was illegally trespassing on my property without my permission.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of October, 2017, I served the forgoing proposal to the Clerk of the Court by sending a hard copy directly to the Court via U.S. Mail.

Matthew R Baca

Colorado legal services

1905 Sherman Street, Suite 400

Denver, CO 80203

*Leonida Sackett*          *William Sackett*

William Sackett
80920 Hwy 50
Rocky Ford Co. 81067

80294-250151

Office of the Clerk
United States District Court
Alfred A Arraj Courthouse
901 19th St Room A 105
Denver Colo. 80294-3589