# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03420

ESMERALDO VILLANUEVA ECHON JR.;
MARIBEL ECHON;
and JUSTIN ECHON,

       Plaintiffs,

v.

WILLIAM SACKETT, and LEONIDA SACKETT,

       Defendants.

## PLAINTIFFS' PROPOSED VERDICT FORM

Pursuant to this Court's Order Setting Case for Trial, ECF No. 123, Plaintiffs Esmeraldo Villanueva Echon Jr., Maribel Echon and Justin Echon, through undersigned counsel, hereby submit this proposed verdict form.

Dated  January 12, 2018

                                       *s/ Jenifer Rodriguez*
                                       Jenifer Rodriguez
                                       Matthew R. Baca
                                       Colorado Legal Services
                                       1905 Sherman Street, Suite 400
                                       Denver, CO 80203
                                       Phone: (303) 866-9366
                                       Fax: (303) 863-8589
                                       jrodriguez@colegalserv.org
                                       mbaca@colegalserv.org

                                       *Attorneys for Plaintiffs*

# VERDICT FORM

We the jury, on our oaths, present our Answers to Questions submitted by the court to which we have all agreed:

**SECTION ONE:  COLORADO WAGE LAWS**

1. **Failure to pay wages in violation of the Colorado Wage Laws**

   Did Plaintiffs perform work for Defendants without being paid for all of their hours worked in violation of the Colorado Wage Laws?

   | | | |
   |---|---|---|
   | **Esmeraldo Echon, Jr.** | _____ YES | _____ NO |
   | **Maribel Echon** | _____ YES | _____ NO |
   | **Justin Echon** | _____ YES | _____ NO |

2. **Amount of wages owed**

   If you answered "Yes" to Question No. 1 as to any of the Plaintiffs, what is the total amount of unpaid wages each Plaintiff is owed by Defendants?

   | | |
   |---|---|
   | **Esmeraldo Echon, Jr.** | $ _____ |
   | **Maribel Echon** | $ _____ |
   | **Justin Echon** | $ _____ |

3. **Willful**

   If you answered "Yes" to Question No. 1 as to any Plaintiff, was Defendants' failure to pay any Plaintiff the proper wages for their work willful?

   | | | |
   |---|---|---|
   | **Esmeraldo Echon, Jr.** | _____ YES | _____ NO |
   | **Maribel Echon** | _____ YES | _____ NO |
   | **Justin Echon** | _____ YES | _____ NO |

**4. Date of work separation**

If you answered "Yes" to Question No. 1 as to any Plaintiff, do you find that any Plaintiff stopped working for Defendants after August 11, 2014?

| | | |
|---|---|---|
| **Esmeraldo Echon, Jr.** | _____ YES | _____ NO |
| **Maribel Echon** | _____ YES | _____ NO |
| **Justin Echon** | _____ YES | _____ NO |

**CONTINUE TO NEXT SECTION**

**SECTION TWO: FORCED LABOR (18 U.S.C. § 1589(a) and/or (b))**

**1. 1589(a)**

a. Did Defendant **LEONIDA SACKETT** knowingly provide or obtain the labor or services of the plaintiff by threats of serious harm to the plaintiff or another person; by means of the threatened abuse of law or legal process; or by means of any scheme, plan, or pattern intended to cause the plaintiff to believe that, if he did not perform such labor or services, the plaintiff or another person would suffer serious harm?

  **Esmeraldo Echon, Jr.**  _____ YES _____ NO

  **Justin Echon**  _____ YES _____ NO

b. Did Defendant **WILLIAM SACKETT** knowingly provide or obtain the labor or services of the plaintiff by threats of serious harm to the plaintiff or another person; by means of the threatened abuse of law or legal process; or by means of any scheme, plan, or pattern intended to cause the plaintiff to believe that, if he did not perform such labor or services, the plaintiff or another person would suffer serious harm?

  **Esmeraldo Echon, Jr.**  _____ YES _____ NO

  **Justin Echon**  _____ YES _____ NO

**2. 1589(b)**

a. Did Defendant **LEONIDA SACKETT** knowingly <u>benefit, either financially or by receiving anything of value, from participation in a venture</u> that had engaged in the providing or obtaining of labor or services of the plaintiff by threats of serious harm to the plaintiff or another person; by means of the threatened abuse of law or legal process; or by means of any scheme, plan, or pattern intended to cause the plaintiff to believe that,

if he did not perform such labor or services, the plaintiff or another person would suffer serious harm?

  **Esmeraldo Echon, Jr.**  _____ YES _____ NO

  **Justin Echon**  _____ YES _____ NO

b. Did Defendant **WILLIAM SACKETT** knowingly <u>benefit, either financially or by receiving anything of value, from participation in a venture</u> that had engaged in the providing or obtaining of labor or services of the plaintiff by threats of serious harm to the plaintiff or another person; by means of the threatened abuse of law or legal process; or by means of any scheme, plan, or pattern intended to cause the plaintiff to believe that, if he did not perform such labor or services, the plaintiff or another person would suffer serious harm?

  **Esmeraldo Echon, Jr.**  _____ YES _____ NO

  **Justin Echon**  _____ YES _____ NO

**3.  Compensatory Damages for Forced Labor Claims**

If you answered "Yes" to any of the above questions (1a. through 2b.) <u>as to any Plaintiff</u>, please state the total cumulative amount of compensatory damages to award to each Plaintiff.

  **Esmeraldo Echon, Jr.**  $ _____

  **Justin Echon**  $ _____

4. **Punitive Damages for Forced Labor Claims**

If you answered "Yes" to any of the above questions (1a. - 2b.) as to any Plaintiff, please state the amount, if any, you award in punitive damages against Defendants on this claim.

**Esmeraldo Echon, Jr.**     $ _____

**Justin Echon**     $ _____

**CONTINUE TO NEXT SECTION**

**SECTION THREE: UNJUST ENRICHMENT**

1. **Unjust Enrichment**

Were Defendants unjustly enriched from Plaintiffs' work?

| | | |
|---|---|---|
| **Esmeraldo Echon, Jr.** | _____ YES | _____ NO |
| **Maribel Echon** | _____ YES | _____ NO |
| **Justin Echon** | _____ YES | _____ NO |

2. **Damages for Unjust Enrichment claim**

If you answered "Yes" to Question No. 1 as to any of the Plaintiffs, what is the amount of damages to be awarded to each Plaintiff against Defendants for unjust enrichment?

| | |
|---|---|
| **Esmeraldo Echon, Jr.** | $ _____ |
| **Maribel Echon** | $ _____ |
| **Justin Echon** | $ _____ |

**All jurors shall sign below.**

**JURORS' SIGNATURES:**

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

## CERTIFICATE OF SERVICE

   I hereby certify that on the 12th day of January 2018, I served the foregoing Plaintiffs' Proposed Verdict Form with the Clerk of Court using the CM/ECF system, in addition to sending a hard copy directly to Defendants via US Mail at the following address:

William and Leonida Sackett
20370 HWY 50 E
Rocky Ford, CO 81067

                 *s/ Jenifer Rodriguez*
                 Jenifer Rodriguez