# Exhibit A



*Echon v. Sackett*, 14-cv-03420-PAB-NYW

Family Tree of Members of Echon Family Relevant to Case