# Exhibit B

# Colorado Legal Services
## Servicios Legales de Colorado

Migrant Farm Worker Division – División de Trabajadores Agrícolas
1905 Sherman Street, Suite 400
Denver, Colorado 80203-1811
Telephone: (303) 866-9366 • Fax: (303) 863-8589
Clients/Clientes: (800) 864-4330

October 12, 2017                                                                                           *Via U.S. Mail*

William Sackett
Leonida Sackett
20370 E Hwy 50
Rocky Ford, CO 81067

Re:     Plaintiffs' Exhibit List and Exhibits

Mr. and Mrs. Sackett,

Pursuant to the Court's September 29, 2017 order, ECF 121, please find enclosed Plaintiffs' Exhibit List and Exhibits.

Best,

*[signature]*

Matthew R. Baca
Attorney

Encl.


