# Exhibit C

# Colorado Legal Services
## Servicios Legales de Colorado

Migrant Farm Worker Division – División de Trabajadores Agrícolas
1905 Sherman Street, Suite 400
Denver, Colorado 80203-1811
Telephone: (303) 866-9366 • Fax: (303) 863-8589
Clients/Clientes: (800) 864-4330

December 14, 2017

William Sackett
Leonida Sackett
20370 E Hwy 50
Rocky Ford, CO 81067

        **Re:**        **Plaintiffs' Summary Exhibits**

Dear Mr. and Mrs. Sackett:

Enclosed please find copies of the Plaintiffs' summary exhibits. The following are enclosed with this letter:

    Exhibit 22    Summary of Family Tree of Relevant Echon Family Members

    Exhibit 23    Summary of Properties Owned by Defendants (with copies of tax assessors' records, for your reference[1])

    Exhibit 24    Summary of Timeline of Events Relevant to Case

    Exhibit 25    Summary Calendars of Work Performed by Plaintiff Esmeraldo Echon, Jr. for Defendants

    Exhibit 26    Summary Calendars of Work Performed by Plaintiff Maribel Echon for Defendants

    Exhibit 27    Summary Calendars of Work Performed by Plaintiff Justin Echon for Defendants

---

[1] We only plan to introduce the summary of the tax records as evidence (not the underlying records themselves); however, we are disclosing the tax records themselves to you at this time.




Mile High United Way

We have also updated our exhibit list to reflect the addition of these summary exhibits; Plaintiffs revised list is also enclosed with this letter. We may produce Exhibit 24 in a larger format for trial, and if we do so we will provide you a copy of the larger format version.

Sincerely,

Matthew Baca
Attorney