# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

(C.R.C.P. No. 29: Rev 10/12)

Case Number: ____ 14-cv-03420-PAB-NWY ____

### WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

ESMERALDO VILLANUEVA ECHON, JR., MARIBEL ECHON, AND
JUSTIN ECHON
Plaintiff(s)

vs.

WILLIAM SACKETT AND LEONIDA SACKETT
Defendant(s)

Judgment Debtor's name, last known address, other identifying information: William Sackett, 20370 East Highway 50, Rocky Ford, Colorado 81067

| | | |
|---|---|---|
| 1. Original Amount of Judgment Entered | February 14, 2019 <br> (Date) | $ 171,263.41[1] |
| 2. Plus any interest Due on Judgment | ( 2.24 % per annum) | + $ 7,459.56 |
| 3. Taxable Costs (including estimated cost of service of this Writ) | | + $ 3,041.46 |
| 4. Less any Amount Paid | | - $ 0 |
| 5. Principal Balance/Total Amount Due and Owing | | = $ 181,764.43 |

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of   August 24, 2020
(Date)

Subscribed under oath before me on   8 / 24 / 2020
(Date)

_____
Notary Public or Deputy Clerk

Esmeraldo Villanueva Echon, Jr.
Print Judgment Creditor's Name

My Commission Expires:   2 / 9 / 2022

AMY WOOD-OCANA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20004020488
MY COMMISSION EXPIRES

Address:  c/o J. Rodriguez – Colorado Legal Services
1905 Sherman Street, Suite 400, Denver, CO 80203

By: _____
Jenifer Rodriguez, Attorney for Plaintiff/Judgment Creditor
Colorado Legal Services, 1905 Sherman Street, Suite 400
Denver, CO 80203, (303)866-9366

### WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

To the United States Marshal or to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of the Writ of Garnishment upon  The First National Bank of Las Animas, upon its registered agent, Dale L. Leighty, 535 Bent Avenue, Las Animas, Colorado 81054

Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:

YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a.     To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you. **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**

b.     To hold pending court order any personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:

a.     This Writ with Notice applies to all personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.

b.     In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.

c.     If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:
**Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589**

CLERK OF THE COURT:   Jeffrey P. Colwell
901 19th Street, Room A-105
Denver, Colorado 80294-3589
(303) 844-3433

By:  *s/S. Phillips, Deputy Clerk*
Deputy Clerk

Date:   9/2/2020

---

[1] This includes various post-judgment awards from the district and appellate court proceedings, please see attached summary.  This does not include appellate attorney fees, since an appellate attorney fees motion is pending before the Court (on remand from the appellate court). For purposes of this writ, Plaintiffs/Judgment Creditors assert only their entitlement to the final judgment amounts, including the District Court attorneys' fees and interest as set forth in ECF Nos. 239 and 240 without prejudice to their right to recover in full the appellate attorney fees plus interest to which they are entitled.

The following questions MUST be answered by you under oath:

a.  On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or money's other than earnings of the Judgment Debtor?

    YES _____   NO _____

b.  If "YES", list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages if necessary):

_____

c.  Do you claim and setoff against and property, debt of obligation listed above?

    YES _____   NO _____

d.  If you said "YES" to question (c) describe the nature and amount of the setoff claimed:   (Attach additional pages if necessary)

_____

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct:

Subscribed under oath before me on _____

_____ (Date)        _____ Name of Garnishee

_____                Address: _____
Notary Public or Deputy Clerk

                                             _____

_____                _____
My Commission Expires:                       Phone: _____

                                             Name of Person Answering (print): _____

                                             Signature of Person Answering: _____

### NOTICE TO JUDGMENT DEBTOR OF EXEMPTION AND PENDING LEVY

This Writ with Notice is a court order which may cause your property or money to be held and taken to pay a judgment entered against you. You have legal rights which may prevent all or part of your money or property from being taken. That part of the money or property which may not be taken is called "exempt property". A partial list of "exempt property is shown below, along with the law which may make all or part of your money or property exempt. The purpose of this notice is to tell you about these rights.

### PARTIAL LIST OF EXEMPT PROPERTY (Numbered Statutory References are Subject to Change)

1.  All or part of your property listed in Sections 13-54101 and 102, C.R.S., including clothing, jewelry, books burial sites, household goods, food and fuel, farm animals, seed, tools, equipment and implements, military allowances stock in-trade and certain items used in our occupation, bicycles motor vehicles (greater for disabled persons), life insurance, income tax refunds, money received because of loss or property or for personal injury, equipment that you need because of your health, or money received because you were a victim of a crime.
2.  All or part of your earnings under Section 13-54-104, C.R.S.
3.  Worker's compensation benefits under Section 8-42-124 C.R.S.
4.  Unemployment compensation benefits under Section 8-$0-103, C.R.S.
5.  Group life insurance benefits under Section 10-7-205 C.R.S.
6.  Heal insurance benefits under Section 10-16-212, C.R.S.
7.  Fraternal society benefits under Section 10-14-403, C.R.S.
8.  Family allowances under Section 1511-404, C.R.S.
9.  Teachers' retirement fund benefits under Section 22-64-120, C.R.S.
10. Public Employees' retirement benefits (PERA) under Section 24-51-212, C.R.S. and Section 24-54-111, C.R.S.
11. Social security benefits under (OASDI. SSI) under 42 U.S.C. § 407.
12. Railroad employee retirement benefits under 45 U.S.C. g231.
13. Public assistance benefits (OAP, AFDC, AND, AB, LEAP under Section 26-2-131 C.R.S.
14. Police Officers and Firefighter's pension fund payments under Section 31-30-1117, 31-30.5-208 & 31-31-203, C.R.S.
15. Utility and security deposits under Section 13-54-102(l)(r), C.R.S
16. Proceeds of the sale of homestead property under Sect ion 38-41-207, C.R.S.
17. Veteran's Administration benefits under 38 U.S.C. 5301.
18. Civil service retirement benefits under 5 U.S.C.   8346.
19. Mobile homes and trailers under Section 38-41-201.6, C.R.S.
20. Certain retirement and pension funds and benefits under Section 13-54102(s). C.R.S.

    If the money or property which is being withheld from you includes and "exempt property", you must file within 10 days of receiving this notice a written Claim of Exemption with the Clerk of Court describing what money or property you think is "exempt property" and the reason that it is exempt. YOU MUST USE THE APPROVED FORM attached to this Writ or a copy of it. When you file the claim, you must immediately deliver, by certified mail, return receipt requested, a copy of your claim to the Garnishee (person/place that was garnished) and to Judgment Creditor's attorney, or if none, to the judgment Creditor at the address shown on this Writ with Notice.

    Once you have properly filed your claim, the court will schedule a h earing within 10 days. The Clerk of Court will notify you and the Judgment Creditor or attorney of the date and time of the hearing, by telephone, by mail or in person.

    When you come to your hearing you should be ready to explain why you believe your money or property is "exempt property". If you do not appear at the scheduled time, your money or property may be taken by the Court to pay the judgment entered against you.

    REMEMBER THAT THIS IS ONLY A PARTIAL LIST OF "EXEMPT PROPERTY"; you may wish to consult a lawyer who can advise you of your rights. If you cannot afford one, there are listings of legal assistance and legal aid offices in the yellow pages of the telephone book.

    You must act quickly to protect your rights. Remember you only have 10 days after receiving this notice to file your claim of exemption with the Clerk of Court.

### RETURN OF SERVICE

STATE OF COLORADO                                    _____ County of _____

I, _____, affirm that I have served a copy of the Writ of Garnishment on _____

_____ (date) at _____ (time), by _____.

Subscribed under oath before me on _____

                                                                          _____
                                                                          Signature

_____     My Commission Expires: _____     Service Fee $ _____
Notary Public

**Judgment Calculation Summary for Plaintiff Esmeraldo Villanueva Echon, Jr.**

**Echon et al. v. Sackett et al.,**
**United States District Court for the District of Colorado,**
**Case No. 14-cv-03420-PAB-NYW**

**Governing Rules for Calculations:**

On May 4, 2018, this Court issued an Order regarding damages awarded to Plaintiffs to be paid by Defendants.  ECF No. 215. Specifically, this Court ordered Defendants to pay Plaintiff Esmeraldo Echon $40,022 in unpaid wages (apportioned evenly among Defendants);   $80,044 in non-economic damages (apportioned at 33% against Defendant William Sackett and 67% against Defendant Leonida Sackett); and $120,000 in punitive damages (apportioned evenly among Defendants).

On May 9, 2018, this Court issued the Final Judgment, ordering Defendants to pay the amounts set forth in the previous Order in addition to Plaintiffs' costs to be taxed by the Court Clerk.  ECF No. 216.  On June 7, 2018, Costs were taxed by the Court Clerk in the total amount of $18,001.58 and included in the judgment.  ECF No. 228.

On February 12, 2019, this Court ordered pre-judgment interest to be paid by Defendants on the unpaid wages award and included pre-judgment interest through May 4, 2018 to the unpaid wages awarded to Plaintiff Esmeraldo Echon in the amount of $52,803.02. ECF No. 239.  In the same Order, this Court further ordered Defendants to pay Plaintiffs' attorney fees in the amount of $350,684.25, joint and severally, and to pay post-judgment interest pursuant to 28 U.S.C. §1961 on the judgment at the rate of 2.24% per annum from the date of entry of judgment, May 9, 2018. ECF No. 239. The Amended Final Judgment was issued by this Court on February 14, 2019. ECF No. 240.

On May 7, 2020, the 10th Circuit Court of Appeals awarded Plaintiffs/Appellees additional costs in the amount of $247.20, which supplemented the previously-issued mandate of this Court.  ECF No. 254.  On June 3, 2020, the 10th Circuit Court granted Plaintiffs/Appellees' Motion for Attorneys' Fees on Appeal and remanded it to this Court to  determine the amount of appellate attorneys' fees reasonably and necessary incurred.  ECF Nos. 255 - 256.  Plaintiffs' subsequent Motion for Appellate Attorneys' Fees, filed on July 6, 2020, requesting $61,253.00 be awarded as appellate attorneys' fees, remains pending before this Court.  *See* ECF Nos.  257, 259, & 264.  Please note, that for purposes of Plaintiffs' Application for Issuance of Writs of Garnishments filed herewith, Plaintiffs/Judgment Creditors assert only that they are entitled to the principal judgment amount, costs, the District Court attorneys' fees, and all interest as set forth in ECF Nos. 239 and 240 without prejudice to their right to recover in full the appellate attorney fees amount currently pending before this Court (ECF No. 264) or any other additional amounts to which they are entitled and which are awarded by the Court.

| | |
|---|---|
| **ORIGINAL JUDGMENT - PLAINTIFF ESMERALDO ECHON** | **$ 369,741.77** |
| *Economic Damages (Unpaid wages, including pre-judgment interest)* | *$  52,803.02* |
| *Non-economic Damages* | *$  80,044.00* |
| *Punitive Damages* | *$ 120,000.00* |
| *District Court Attorneys' Fees of $350,684.25 divided by 3* | *$ 116,894.75* |
| | |
| **POST-JUDGMENT INTEREST - PLAINTIFF ESMERALDO ECHON** | **$  16,244.54** |
| **(at 2.24% per annum from May 9, 2019 through July 1, 2020[1])** | |
| *On Economic Damages* | *$    2,571.60* |
| *On Non-economic Damages* | *$    3,898.28* |
| *On Punitive Damages* | *$    5,844.21* |
| *On District Court Attorneys' Fees ($10,913.82 divided by 3)* | *$    3,637.94* |
| *On Costs ($877.54 divided by 1/3)* | *$      292.51* |
| | |
| **COSTS  – PLAINTIFF ESMERALDO ECHON** | **$    6,082.93** |
| *All Costs (District Court & Appellate) ($ 18,248.78 divided by 3)* | *$    6,082.93* |
| **TOTAL** | **$ 392,069.24** |

[1] The post-judgment interest for the judgment amounts issued after May 9, 2019 (i.e. costs) was calculated from the date of the award through July 1, 2020.

| AMOUNTS APPORTIONED<br>PER DEFENDANT ON WRITS | Defendant<br>William Sackett | Defendant<br>Leonida Sackett | TOTAL |
|---|---|---|---|
| **1.Original Amount of Judgment Entered** | **$ 171,263.41** | **$ 198,478.37** | **$ 369,741.78** |
| *Economic Damages* | *26,401.51* | *26,401.51* | *52,803.02* |
| *Non-economic Damages* | *26,414.52* | *53,629.48* | *80,044.00* |
| *Punitive Damages* | *60,000.00* | *60,000.00* | *120,000.00* |
| *1/3 of District Court Attorneys' Fees* | *58,447.38* | *58,447.38* | *116,894.76* |
| **2. Plus Interest Due on Judgment** | **$   7,459.56** | **$   8,784.98** | **$  16,244.54** |
| *Interest on Economic (post-judgment)* | *1,285.80* | *1,285.80* | *2,571.60* |
| *Interest on Non-economic (post-judgment)* | *1,286.43* | *2,611.85* | *3,898.28* |
| *Interest on Punitive (post-judgment)* | *2,922.10* | *2,922.11* | *5,844.21* |
| *Interest on 1/3 D.Ct Fees (post-judgment)* | *1,818.97* | *1,818.97* | *3,637.94* |
| *Interest on 1/3 of All Costs (post-judgment)* | *146.26* | *146.25* | *292.51* |
| **3.Taxable Costs** | **$   3,041.46** | **$   3,041.46** | **$   6,082.92** |
| *1/3 of All Costs (D. Ct & Appellate)* | *3,041.46* | *3,041.46* | *6,082.92* |
| **4. Principal Balance** | **$ 181,764.43** | **$ 210,304.81** | **$ 392,069.24** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

(C.R.C.P. No. 29: Rev 10/12)

Case Number:     14-cv-03420-PAB-NWY

---

### WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

ESMERALDO VILLANUEVA ECHON, JR., MARIBEL ECHON, AND
JUSTIN ECHON
Plaintiff(s)
vs.
WILLIAM SACKETT AND LEONIDA SACKETT
Defendant(s)

---

Judgment Debtor's name, last known address, other identifying information: William Sackett, 20370 East Highway 50, Rocky Ford, Colorado 81067

| | | |
|---|---|---|
| 1. Original Amount of Judgment Entered | February 14, 2019 (Date) | $ 171,263.41[1] |
| 2. Plus any interest Due on Judgment | ( 2.24 % per annum) | + $ 7,459.56 |
| 3. Taxable Costs (including estimated cost of service of this Writ) | | + $ 3,041.46 |
| 4. Less any Amount Paid | | - $ 0 |
| 5. Principal Balance/Total Amount Due and Owing | | = $ 181,764.43 |

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of   August 24, 2020
(Date)

Subscribed under oath before me on  8/24/2020

_Amy Wood Ocana_
(Date)

Notary Public or Deputy Clerk

Esmeraldo Villanueva Echon, Jr.
Print Judgment Creditor's Name

My Commission Expires:   2/9/2022

AMY WOOD-OCANA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20004020488
MY COMMISSION EXPIRES FEBRUARY 9, 2022

Address:  c/o J. Rodriguez – Colorado Legal Services
1905 Sherman Street, Suite 400, Denver, CO 80203

By: _____

Jenifer Rodriguez, Attorney for Plaintiff/Judgment Creditor
Colorado Legal Services, 1905 Sherman Street, Suite 400
Denver, CO 80203; (303)866-9366

### WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

To the United States Marshal or to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of the Writ of Garnishment upon   Colorado State Bank And Trust, by service on its registered agent, Greg K. Symons, 1600 Broadway, Denver, Colorado 80202

Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:

YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a.  To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you. **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**

b.  To hold pending court order any personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:

a.  This Writ with Notice applies to all personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.

b.  In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.

c.  If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:

**Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589**

CLERK OF THE COURT:    Jeffrey P. Colwell
901 19th Street, Room A-105
Denver, Colorado 80294-3589
(303) 844-3433



By: s/S. Phillips, Deputy Clerk
Deputy Clerk
Date:  9/2/2020

---

[1] This includes various post-judgment awards from the district and appellate court proceedings, please see attached summary. This does not include appellate attorney fees, since an appellate attorney fees motion is pending before the Court (on remand from the appellate court). For purposes of this writ, Plaintiffs/Judgment Creditors assert only their entitlement to the final judgment amounts, including the District Court attorneys' fees and interest as set forth in ECF Nos. 239 and 240 without prejudice to their right to recover in full the appellate attorney fees plus interest to which they are entitled.

The following questions MUST be answered by you under oath:

a.  On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or money's other than earnings of the Judgment Debtor?

        YES        NO

b.  If "YES", list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages if necessary):

_____

c.  Do you claim and setoff against and property, debt of obligation listed above?

        YES        NO

d.  If you said "YES" to question (c) describe the nature and amount of the setoff claimed:   (Attach additional pages if necessary)

_____

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct:

Subscribed under oath before me on

_____                _____
           (Date)                                Name of Garnishee

_____
Notary Public or Deputy Clerk         Address: _____

                                       _____

My Commission Expires: _____   Phone: _____

                                       Name of Person Answering (print): _____

                                       Signature of Person Answering:

## NOTICE TO JUDGMENT DEBTOR OF EXEMPTION AND PENDING LEVY

This Writ with Notice is a court order which may cause your property or money to be held and taken to pay a judgment entered against you. You have legal rights which may prevent all or part of your money or property from being taken. That part of the money or property which may not be taken is called "exempt property". A partial list of "exempt property is shown below, along with the law which may make all or part of your money or property exempt. The purpose of this notice is to tell you about these rights.

### PARTIAL LIST OF EXEMPT PROPERTY (Numbered Statutory References are Subject to Change)

1.  All or part of your property listed in Sections 13-54101 and 102, C.R.S., including clothing, jewelry, books burial sites, household goods, food and fuel, farm animals, seed, tools, equipment and implements, military allowances stock in-trade and certain items used in our occupation, bicycles motor vehicles (greater for disabled persons), life insurance, income tax refunds, money received because of loss or property or for personal injury, equipment that you need because of your health, or money received because you were a victim of a crime.
2.  All or part of your earnings under Section 13-54-104, C.R.S.
3.  Worker's compensation benefits under Section 8-42-124 C.R.S.
4.  Unemployment compensation benefits under Section 8-$0-103, C.R.S.
5.  Group life insurance benefits under Section 10-7-205 C.R.S.
6.  Heal insurance benefits under Section 10-16-212, C.R.S.
7.  Fraternal society benefits under Section 10-14-403, C.R.S.
8.  Family allowances under Section 1511-404, C.R.S.
9.  Teachers' retirement fund benefits under Section 22-64-120, C.R.S.
10. Public Employees' retirement benefits (PERA) under Section 24-51-212, C.R.S. and Section 24-54-111, C.R.S.
11. Social security benefits under (OASDI. SSI) under 42 U.S.C. § 407.
12. Railroad employee retirement benefits under 45 U.S.C. g231.
13. Public assistance benefits (OAP, AFDC, AND, AB, LEAP under Section 26-2-131 C.R.S.
14. Police Officers and Firefighter's pension fund payments under Section 31-30-1117, 31-30.5-208 & 31-31-203, C.R.S.
15. Utility and security deposits under Section 13-54-102(I)(r), C.R.S
16. Proceeds of the sale of homestead property under Sect ion 38-41-207, C.R.S.
17. Veteran's Administration benefits under 38 U.S.C. 5301.
18. Civil service retirement benefits under 5 U.S.C.   8346.
19. Mobile homes and trailers under Section 38-41-201.6, C.R.S.
20. Certain retirement and pension funds and benefits under Section 13-54102(s). C.R.S.

    If the money or property which is being withheld from you includes and "exempt property", you must file within 10 days of receiving this notice a written Claim of Exemption with the Clerk of Court describing what money or property you think is "exempt property" and the reason that it is exempt. YOU MUST USE THE APPROVED FORM attached to this Writ or a copy of it. When you file the claim, you must immediately deliver, by certified mail, return receipt requested, a copy of your claim to the Garnishee (person/place that was garnished) and to Judgment Creditor's attorney, or if none, to the judgment Creditor at the address shown on this Writ with Notice.

    Once you have properly filed your claim, the court will notify you and the Judgment Creditor or attorney of the date and time of the hearing, by telephone, by mail or in person.

    When you come to your hearing you should be ready to explain why you believe your money or property is "exempt property". If you do not appear at the scheduled time, your money or property may be taken by the Court to pay the judgment entered against you.

    REMEMBER THAT THIS IS ONLY A PARTIAL LIST OF "EXEMPT PROPERTY"; you may wish to consult a lawyer who can advise you of your rights. If you cannot afford one, there are listings of legal assistance and legal aid offices in the yellow pages of the telephone book.

    You must act quickly to protect your rights. Remember you only have 10 days after receiving this notice to file your claim of exemption with the Clerk of Court.

### RETURN OF SERVICE

STATE OF COLORADO                                _____ County of _____

I, _____, affirm that I have served a copy of the Writ of Garnishment on _____

_____ (date) at _____ (time), by _____.

Subscribed under oath before me on _____

                                                                Signature

_____                                                     Service Fee $ _____
                  My Commission Expires: _____

Notary Public

**Judgment Calculation Summary for Plaintiff Esmeraldo Villanueva Echon, Jr.**

**Echon et al. v. Sackett et al.,**
**United States District Court for the District of Colorado,**
**Case No. 14-cv-03420-PAB-NYW**

**Governing Rules for Calculations:**

On May 4, 2018, this Court issued an Order regarding damages awarded to Plaintiffs to be paid by Defendants.  ECF No. 215. Specifically, this Court ordered Defendants to pay Plaintiff Esmeraldo Echon $40,022 in unpaid wages (apportioned evenly among Defendants);   $80,044 in non-economic damages (apportioned at 33% against Defendant William Sackett and 67% against Defendant Leonida Sackett); and $120,000 in punitive damages (apportioned evenly among Defendants).

On May 9, 2018, this Court issued the Final Judgment, ordering Defendants to pay the amounts set forth in the previous Order in addition to Plaintiffs' costs to be taxed by the Court Clerk.  ECF No. 216.  On June 7, 2018, Costs were taxed by the Court Clerk in the total amount of $18,001.58 and included in the judgment.  ECF No. 228.

On February 12, 2019, this Court ordered pre-judgment interest to be paid by Defendants on the unpaid wages award and included pre-judgment interest through May 4, 2018 to the unpaid wages awarded to Plaintiff Esmeraldo Echon in the amount of $52,803.02. ECF No. 239.  In the same Order, this Court further ordered Defendants to pay Plaintiffs' attorney fees in the amount of $350,684.25, joint and severally, and to pay post-judgment interest pursuant to 28 U.S.C. §1961 on the judgment at the rate of 2.24% per annum from the date of entry of judgment, May 9, 2018. ECF No. 239. The Amended Final Judgment was issued by this Court on February 14, 2019. ECF No. 240.

On May 7, 2020, the 10th Circuit Court of Appeals awarded Plaintiffs/Appellees additional costs in the amount of $247.20, which supplemented the previously-issued mandate of this Court.  ECF No. 254.  On June 3, 2020, the 10th Circuit Court granted Plaintiffs/Appellees' Motion for Attorneys' Fees on Appeal and remanded it to this Court to  determine the amount of appellate attorneys' fees reasonably and necessary incurred.  ECF Nos. 255 - 256.  Plaintiffs' subsequent Motion for Appellate Attorneys' Fees, filed on July 6, 2020, requesting $61,253.00 be awarded as appellate attorneys' fees, remains pending before this Court.  *See* ECF Nos.  257, 259, & 264.  Please note, that for purposes of Plaintiffs' Application for Issuance of Writs of Garnishments filed herewith, Plaintiffs/Judgment Creditors assert only that they are entitled to the principal judgment amount, costs, the District Court attorneys' fees, and all interest as set forth in ECF Nos. 239 and 240 without prejudice to their right to recover in full the appellate attorney fees amount currently pending before this Court (ECF No. 264) or any other additional amounts to which they are entitled and which are awarded by the Court.

| | |
|---|---|
| **ORIGINAL JUDGMENT - PLAINTIFF ESMERALDO ECHON** | **$ 369,741.77** |
| *Economic Damages (Unpaid wages, including pre-judgment interest)* | *$   52,803.02* |
| *Non-economic Damages* | *$   80,044.00* |
| *Punitive Damages* | *$ 120,000.00* |
| *District Court Attorneys' Fees of $350,684.25 divided by 3* | *$ 116,894.75* |
| | |
| **POST-JUDGMENT INTEREST - PLAINTIFF ESMERALDO ECHON** | **$   16,244.54** |
| **(at 2.24% per annum from May 9, 2019 through July 1, 2020[1])** | |
| *On Economic Damages* | *$     2,571.60* |
| *On Non-economic Damages* | *$     3,898.28* |
| *On Punitive Damages* | *$     5,844.21* |
| *On District Court Attorneys' Fees ($10,913.82 divided by 3)* | *$     3,637.94* |
| *On Costs ($877.54 divided by 1/3)* | *$        292.51* |
| | |
| **COSTS  – PLAINTIFF ESMERALDO ECHON** | **$     6,082.93** |
| *All Costs (District Court & Appellate) ($ 18,248.78 divided by 3)* | *$     6,082.93* |
| **TOTAL** | **$ 392,069.24** |

[1] The post-judgment interest for the judgment amounts issued after May 9, 2019 (i.e. costs) was calculated from the date of the award through July 1, 2020.

| AMOUNTS APPORTIONED PER DEFENDANT ON WRITS | Defendant William Sackett | Defendant Leonida Sackett | TOTAL |
|---|---|---|---|
| **1.Original Amount of Judgment Entered** | **$ 171,263.41** | **$ 198,478.37** | **$ 369,741.78** |
| *Economic Damages* | *26,401.51* | *26,401.51* | *52,803.02* |
| *Non-economic Damages* | *26,414.52* | *53,629.48* | *80,044.00* |
| *Punitive Damages* | *60,000.00* | *60,000.00* | *120,000.00* |
| *1/3 of District Court Attorneys' Fees* | *58,447.38* | *58,447.38* | *116,894.76* |
| **2. Plus Interest Due on Judgment** | **$ 7,459.56** | **$ 8,784.98** | **$ 16,244.54** |
| *Interest on Economic (post-judgment)* | *1,285.80* | *1,285.80* | *2,571.60* |
| *Interest on Non-economic (post-judgment)* | *1,286.43* | *2,611.85* | *3,898.28* |
| *Interest on Punitive (post-judgment)* | *2,922.10* | *2,922.11* | *5,844.21* |
| *Interest on 1/3 D.Ct Fees (post-judgment)* | *1,818.97* | *1,818.97* | *3,637.94* |
| *Interest on 1/3 of All Costs (post-judgment)* | *146.26* | *146.25* | *292.51* |
| **3.Taxable Costs** | **$ 3,041.46** | **$ 3,041.46** | **$ 6,082.92** |
| *1/3 of All Costs (D. Ct & Appellate)* | *3,041.46* | *3,041.46* | *6,082.92* |
| **4. Principal Balance** | **$ 181,764.43** | **$ 210,304.81** | **$ 392,069.24** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

(C.R.C.P. No. 29: Rev 10/12)

Case Number: ____14-cv-03420-PAB-NWY____

## WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

ESMERALDO VILLANUEVA ECHON, JR., MARIBEL ECHON, AND
JUSTIN ECHON
Plaintiff(s)
vs.
WILLIAM SACKETT AND LEONIDA SACKETT
Defendant(s)

Judgment Debtor's name, last known address, other identifying information: William Sackett, 20370 East Highway 50, Rocky Ford, Colorado 81067

| | | |
|---|---|---|
| 1. Original Amount of Judgment Entered | February 14, 2019 | $ 171,263.41[1] |
| | (Date) | |
| 2. Plus any interest Due on Judgment | ( 2.24 % per annum) | + $ 7,459.56 |
| 3. Taxable Costs (including estimated cost of service of this Writ) | | + $ 3,041.46 |
| 4. Less any Amount Paid | | - $ 0 |
| 5. Principal Balance/Total Amount Due and Owing | | = $ 181,764.43 |

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of ____August 24, 2020____

(Date)

Subscribed under oath before me on 8/24/2020

(Date)

_Amy Wood Ocana_

Notary Public or Deputy Clerk

My Commission Expires: 2/9/2022

AMY WOOD-OCANA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20004020488
MY COMMISSION EXPIRES 02/09/2022

Esmeraldo Villanueva Echon, Jr.

Print Judgment Creditor's Name

Address: c/o J. Rodriguez – Colorado Legal Services
1905 Sherman Street, Suite 400, Denver, CO 80203

By: _____

Jenifer Rodriguez, Attorney for Plaintiff/Judgment Creditor
Colorado Legal Services, 1905 Sherman Street, Suite 400
Denver, CO 80203; (303)866-9366

## WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

To the United States Marshal or to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of the Writ of Garnishment upon <u>Community Banks of Colorado, by service on its registered agent, Angela N. Petrucci, or Successor General Counsel for NBH, N.A., doing business as Community Banks of Colorado, 7800 East Orchard Road, Suite 300, Greenwood Village, Colorado 80111,</u>

Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:

YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a.   To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you. **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**

b.   To hold pending court order any personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:

a.   This Writ with Notice applies to all personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.

b.   In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.

c.   If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:

### Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589

CLERK OF THE COURT:   Jeffrey P. Colwell
901 19th Street, Room A-105
Denver, Colorado 80294-3589
(303) 844-3433

By: _s/S. Phillips, Deputy Clerk_

Deputy Clerk

Date: 9/2/2020

---

[1] This includes various post-judgment awards from the district and appellate court proceedings, please see attached summary.  This does not include appellate attorney fees since an appellate attorney fees motion is pending before the Court (on remand from the appellate court). For purposes of this writ, Plaintiffs/Judgment Creditors assert only their entitlement to the final judgment amounts, including the District Court attorneys' fees and interest as set forth in ECF Nos. 239 and 240 <u>without prejudice</u> to their right to recover in full the appellate attorney fees plus interest to which they are entitled.

The following questions MUST be answered by you under oath:

a.    On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or money's other than earnings of the Judgment Debtor?

     YES       NO

b.    If "YES", list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages if necessary):

c.    Do you claim and setoff against and property, debt of obligation listed above?

     YES       NO

d.    If you said "YES" to question (c) describe the nature and amount of the setoff claimed:   (Attach additional pages if necessary)

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct:

Subscribed under oath before me on

_____
(Date)

_____
Name of Garnishee

Notary Public or Deputy Clerk

Address: _____

My Commission Expires: _____

Phone: _____

Name of Person Answering (print): _____

Signature of Person Answering: _____

### NOTICE TO JUDGMENT DEBTOR OF EXEMPTION AND PENDING LEVY

This Writ with Notice is a court order which may cause your property or money to be held and taken to pay a judgment entered against you. You have legal rights which may prevent all or part of your money or property from being taken. That part of the money or property which may not be taken is called "exempt property". A partial list of "exempt property is shown below, along with the law which may make all or part of your money or property exempt. The purpose of this notice is to tell you about these rights.

### PARTIAL LIST OF EXEMPT PROPERTY (Numbered Statutory References are Subject to Change)

1. All or part of your property listed in Sections 13-54101 and 102, C.R.S., including clothing, jewelry, books burial sites, household goods, food and fuel, farm animals, seed, tools, equipment and implements, military allowances stock in-trade and certain items used in our occupation, bicycles motor vehicles (greater for disabled persons), life insurance, income tax refunds, money received because of loss or property or for personal injury, equipment that you need because of your health, or money received because you were a victim of a crime.
2. All or part of your earnings under Section 13-54-104, C.R.S.
3. Worker's compensation benefits under Section 8-42-124 C.R.S.
4. Unemployment compensation benefits under Section 8-$0-103, C.R.S.
5. Group life insurance benefits under Section 10-7-205 C.R.S.
6. Heal insurance benefits under Section 10-16-212, C.R.S.
7. Fraternal society benefits under Section 10-14-403, C.R.S.
8. Family allowances under Section 1511-404, C.R.S.
9. Teachers' retirement fund benefits under Section 22-64-120, C.R.S.
10. Public Employees' retirement benefits (PERA) under Section 24-51-212, C.R.S. and Section 24-54-111, C.R.S.
11. Social security benefits under (OASDI. SSI) under 42 U.S.C. § 407.
12. Railroad employee retirement benefits under 45 U.S.C. g231.
13. Public assistance benefits (OAP, AFDC, AND, AB, LEAP under Section 26-2-131 C.R.S.
14. Police Officers and Firefighter's pension fund payments under Section 31-30-1117, 31-30.5-208 & 31-31-203, C.R.S.
15. Utility and security deposits under Section 13-54-102(I)(r), C.R.S
16. Proceeds of the sale of homestead property under Sect ion 38-41-207, C.R.S.
17. Veteran's Administration benefits under 38 U.S.C. 5301.
18. Civil service retirement benefits under 5 U.S.C.   8346.
19. Mobile homes and trailers under Section 38-41-201.6, C.R.S.
20. Certain retirement and pension funds and benefits under Section 13-54102(s). C.R.S.

     If the money or property which is being withheld from you includes and "exempt property", you must file within 10 days of receiving this notice a written Claim of Exemption with the Clerk of Court describing what money or property you think is "exempt property" and the reason that it is exempt. YOU MUST USE THE APPROVED FORM attached to this Writ or a copy of it. When you file the claim, you must immediately deliver, by certified mail, return receipt requested, a copy of your claim to the Garnishee (person/place that was garnished) and to Judgment Creditor's attorney, or if none, to the judgment Creditor at the address shown on this Writ with Notice.

     Once you have properly filed your claim, the court will schedule a h earing within 10 days. The Clerk of Court will notify you and the Judgment Creditor or attorney of the date and time of the hearing, by telephone, by mail or in person.

     When you come to your hearing you should be ready to explain why you believe your money or property is "exempt property". If you do not appear at the scheduled time, your money or property may be taken by the Court to pay the judgment entered against you.

     REMEMBER THAT THIS IS ONLY A PARTIAL LIST OF "EXEMPT PROPERTY"; you may wish to consult a lawyer who can advise you of your rights. If you cannot afford one, there are listings of legal assistance and legal aid offices in the yellow pages of the telephone book.

     You must act quickly to protect your rights. Remember you only have 10 days after receiving this notice to file your claim of exemption with the Clerk of Court.

### RETURN OF SERVICE

STATE OF COLORADO

_____ County of _____

I, _____ , affirm that I have served a copy of the Writ of Garnishment on _____

_____ (date) at _____ (time), by _____ .

Subscribed under oath before me on _____ .

_____
Signature

_____  My Commission Expires: _____  Service Fee $ _____

Notary Public

## Judgment Calculation Summary for Plaintiff Esmeraldo Villanueva Echon, Jr.

### Echon et al. v. Sackett et al.,
### United States District Court for the District of Colorado,
### Case No. 14-cv-03420-PAB-NYW

**Governing Rules for Calculations:**

On May 4, 2018, this Court issued an Order regarding damages awarded to Plaintiffs to be paid by Defendants.  ECF No. 215. Specifically, this Court ordered Defendants to pay Plaintiff Esmeraldo Echon $40,022 in unpaid wages (apportioned evenly among Defendants);   $80,044 in non-economic damages (apportioned at 33% against Defendant William Sackett and 67% against Defendant Leonida Sackett); and $120,000 in punitive damages (apportioned evenly among Defendants).

On May 9, 2018, this Court issued the Final Judgment, ordering Defendants to pay the amounts set forth in the previous Order in addition to Plaintiffs' costs to be taxed by the Court Clerk.  ECF No. 216.  On June 7, 2018, Costs were taxed by the Court Clerk in the total amount of $18,001.58 and included in the judgment.  ECF No. 228.

On February 12, 2019, this Court ordered pre-judgment interest to be paid by Defendants on the unpaid wages award and included pre-judgment interest through May 4, 2018 to the unpaid wages awarded to Plaintiff Esmeraldo Echon in the amount of $52,803.02. ECF No. 239.  In the same Order, this Court further ordered Defendants to pay Plaintiffs' attorney fees in the amount of $350,684.25, joint and severally, and to pay post-judgment interest pursuant to 28 U.S.C. §1961 on the judgment at the rate of 2.24% per annum from the date of entry of judgment, May 9, 2018. ECF No. 239. The Amended Final Judgment was issued by this Court on February 14, 2019. ECF No. 240.

On May 7, 2020, the 10th Circuit Court of Appeals awarded Plaintiffs/Appellees additional costs in the amount of $247.20, which supplemented the previously-issued mandate of this Court.  ECF No. 254.  On June 3, 2020, the 10th Circuit Court granted Plaintiffs/Appellees' Motion for Attorneys' Fees on Appeal and remanded it to this Court to  determine the amount of appellate attorneys' fees reasonably and necessary incurred.  ECF Nos. 255 - 256.  Plaintiffs' subsequent Motion for Appellate Attorneys' Fees, filed on July 6, 2020, requesting $61,253.00 be awarded as appellate attorneys' fees, remains pending before this Court.  *See* ECF Nos.  257, 259, & 264.  Please note, that for purposes of Plaintiffs' Application for Issuance of Writs of Garnishments filed herewith, Plaintiffs/Judgment Creditors assert only that they are entitled to the principal judgment amount, costs, the District Court attorneys' fees, and all interest as set forth in ECF Nos. 239 and 240 without prejudice to their right to recover in full the appellate attorney fees amount currently pending before this Court (ECF No. 264) or any other additional amounts to which they are entitled and which are awarded by the Court.

| | |
|---|---|
| **ORIGINAL JUDGMENT - PLAINTIFF ESMERALDO ECHON** | **$ 369,741.77** |
| *Economic Damages (Unpaid wages, including pre-judgment interest)* | *$   52,803.02* |
| *Non-economic Damages* | *$   80,044.00* |
| *Punitive Damages* | *$ 120,000.00* |
| *District Court Attorneys' Fees of $350,684.25 divided by 3* | *$ 116,894.75* |
| | |
| **POST-JUDGMENT INTEREST - PLAINTIFF ESMERALDO ECHON** | **$   16,244.54** |
| **(at 2.24% per annum from May 9, 2019 through July 1, 2020[1])** | |
| *On Economic Damages* | *$     2,571.60* |
| *On Non-economic Damages* | *$     3,898.28* |
| *On Punitive Damages* | *$     5,844.21* |
| *On District Court Attorneys' Fees ($10,913.82 divided by 3)* | *$     3,637.94* |
| *On Costs ($877.54 divided by 1/3)* | *$        292.51* |
| | |
| **COSTS  – PLAINTIFF ESMERALDO ECHON** | **$     6,082.93** |
| *All Costs (District Court & Appellate) ($ 18,248.78 divided by 3)* | *$     6,082.93* |
| **TOTAL** | **$ 392,069.24** |

[1] The post-judgment interest for the judgment amounts issued after May 9, 2019 (i.e. costs) was calculated from the date of the award through July 1, 2020.

| AMOUNTS APPORTIONED<br>PER DEFENDANT ON WRITS | Defendant<br>William Sackett | Defendant<br>Leonida Sackett | TOTAL |
|---|---|---|---|
| **1.Original Amount of Judgment Entered** | **$ 171,263.41** | **$ 198,478.37** | **$ 369,741.78** |
| *Economic Damages* | *26,401.51* | *26,401.51* | *52,803.02* |
| *Non-economic Damages* | *26,414.52* | *53,629.48* | *80,044.00* |
| *Punitive Damages* | *60,000.00* | *60,000.00* | *120,000.00* |
| *1/3 of District Court Attorneys' Fees* | *58,447.38* | *58,447.38* | *116,894.76* |
| **2. Plus Interest Due on Judgment** | **$   7,459.56** | **$   8,784.98** | **$  16,244.54** |
| *Interest on Economic (post-judgment)* | *1,285.80* | *1,285.80* | *2,571.60* |
| *Interest on Non-economic (post-judgment)* | *1,286.43* | *2,611.85* | *3,898.28* |
| *Interest on Punitive (post-judgment)* | *2,922.10* | *2,922.11* | *5,844.21* |
| *Interest on 1/3 D.Ct Fees (post-judgment)* | *1,818.97* | *1,818.97* | *3,637.94* |
| *Interest on 1/3 of All Costs (post-judgment)* | *146.26* | *146.25* | *292.51* |
| **3.Taxable Costs** | **$   3,041.46** | **$   3,041.46** | **$   6,082.92** |
| *1/3 of All Costs (D. Ct & Appellate)* | *3,041.46* | *3,041.46* | *6,082.92* |
| **4. Principal Balance** | **$ 181,764.43** | **$ 210,304.81** | **$ 392,069.24** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

(C.R.C.P. No. 29: Rev 10/12)

Case Number: ___14-cv-03420-PAB-NWY___

### WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

ESMERALDO VILLANUEVA ECHON, JR., MARIBEL ECHON, AND
JUSTIN ECHON
Plaintiff(s)

vs.

WILLIAM SACKETT AND LEONIDA SACKETT
Defendant(s)

Judgment Debtor's name, last known address, other identifying information: Leonida Sackett, 20370 East Highway 50, Rocky Ford, Colorado 81067

| | |
|---|---|
| 1. Original Amount of Judgment Entered    February 14, 2019 _(Date)_ | $ 198,478.37[1] |
| 2. Plus any interest Due on Judgment    ( 2.24 % per annum) | + $ 8,784.98 |
| 3. Taxable Costs (including estimated cost of service of this Writ) | + $ 3,041.46 |
| 4. Less any Amount Paid | - $ 0 |
| 5. Principal Balance/Total Amount Due and Owing | = $ 210,304.81 |

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of    August 24, 2020 _(Date)_

Subscribed under oath before me on    8/24/2020 _(Date)_

Esmeraldo Villanueva Echon, Jr.
_Print Judgment Creditor's Name_

_Amy Wood Ocana_
Notary Public or Deputy Clerk

My Commission Expires:    2/9/2022

**AMY WOOD-OCANA**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20004020488**
**MY COMMISSION EXPIRES FEBRUARY 9, 2022**

Address: c/o J. Rodriguez – Colorado Legal Services
1905 Sherman Street, Suite 400, Denver, CO 80203

By: _____
Jenifer Rodriguez, Attorney for Plaintiff/Judgment Creditor
Colorado Legal Services, 1905 Sherman Street, Suite 400
Denver, CO 80203; (303)866-9366

### WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

To the United States Marshal or to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of the Writ of Garnishment upon The State Bank, upon its registered agent, P.D. Kreps, 124 Colorado Ave, La Junta, Colorado 81050,

Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:

YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a.      To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you.  **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**

b.      To hold pending court order any personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:

a.      This Writ with Notice applies to all personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.

b.      In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.

c.      If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:

**Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589**

CLERK OF THE COURT:    Jeffrey P. Colwell
901 19th Street, Room A-105
Denver, Colorado 80294-3589
(303) 844-3433

By: _s/S. Phillips, Deputy Clerk_
Deputy Clerk

Date: _9/2/2020_

---

[1] This includes various post-judgment awards from the district and appellate court proceedings, please see attached summary.  This does not include appellate attorney fees, since an appellate attorney fees motion is pending before the Court (on remand from the appellate court). For purposes of this writ, Plaintiffs/Judgment Creditors assert only their entitlement to the final judgment amounts, including the District Court attorneys' fees and interest as set forth in ECF Nos. 239 and 240 without prejudice to their right to recover in full the appellate attorney fees plus interest to which they are entitled.

The following questions MUST be answered by you under oath:

a.   On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or money's other than earnings of the Judgment Debtor?

   YES _____   NO _____

b.   If "YES", list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages (if necessary):

_____

c.   Do you claim and setoff against and property, debt of obligation listed above?

   YES _____   NO _____

d.   If you said "YES" to question (c) describe the nature and amount of the setoff claimed:   (Attach additional pages if necessary)

_____

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct:

Subscribed under oath before me on _____

_____   _____
(Date)   Name of Garnishee

_____
Notary Public or Deputy Clerk   Address: _____

_____   _____
My Commission Expires: _____   Phone: _____

   Name of Person Answering (print): _____

   Signature of Person Answering: _____

## NOTICE TO JUDGMENT DEBTOR OF EXEMPTION AND PENDING LEVY

This Writ with Notice is a court order which may cause your property or money to be held and taken to pay a judgment entered against you. You have legal rights which may prevent all or part of your money or property from being taken. That part of the money or property which may not be taken is called "exempt property". A partial list of "exempt property is shown below, along with the law which may make all or part of your money or property exempt. The purpose of this notice is to tell you about these rights.

### PARTIAL LIST OF EXEMPT PROPERTY (Numbered Statutory References are Subject to Change)

1.   All or part of your property listed in Sections 13-54101 and 102, C.R.S., including clothing, jewelry, books burial sites, household goods, food and fuel, farm animals, seed, tools, equipment and implements, military allowances stock in-trade and certain items used in our occupation, bicycles motor vehicles (greater for disabled persons), life insurance, income tax refunds, money received of loss or property or for personal injury, equipment that you need because of your health, or money received because you were a victim of a crime.
2.   All or part of your earnings under Section 13-54-104, C.R.S.
3.   Worker's compensation benefits under Section 8-42-124 C.R.S.
4.   Unemployment compensation benefits under Section 8-$0-103, C.R.S.
5.   Group life insurance benefits under Section 10-7-205 C.R.S.
6.   Heal insurance benefits under Section 10-16-212, C.R.S.
7.   Fraternal society benefits under Section 10-14-403, C.R.S.
8.   Family allowances under Section 1511-404, C.R.S.
9.   Teachers' retirement fund benefits under Section 22-64-120, C.R.S.
10.   Public Employees' retirement benefits (PERA) under Section 24-51-212, C.R.S. and Section 24-54-111, C.R.S.
11.   Social security benefits under (OASDI. SSI) under 42 U.S.C. § 407.
12.   Railroad employee retirement benefits under 45 U.S.C. g231.
13.   Public assistance benefits (OAP, AFDC, AND, AB, LEAP under Section 26-2-131 C.R.S.
14.   Police Officers and Firefighter's pension fund payments under Section 31-30-1117, 31-30.5-208 & 31-31-203, C.R.S.
15.   Utility and security deposits under Section 13-54-102(I)(r), C.R.S
16.   Proceeds of the sale of homestead property under Sect ion 38-41-207, C.R.S.
17.   Veteran's Administration benefits under 38 U.S.C. 5301.
18.   Civil service retirement benefits under 5 U.S.C.   8346.
19.   Mobile homes and trailers under Section 38-41-201.6, C.R.S.
20.   Certain retirement and pension funds and benefits under Section 13-54102(s). C.R.S.

   If the money or property which is being withheld from you includes and "exempt property", you must file within 10 days of receiving this notice a written Claim of Exemption with the Clerk of Court describing what money or property you think is "exempt property" and the reason that it is exempt. YOU MUST USE THE APPROVED FORM attached to this Writ or a copy of it. When you file the claim, you must immediately deliver, by certified mail, return receipt requested, a copy of your claim to the Garnishee (person/place that was garnished) and to Judgment Creditor's attorney, or if none, to the judgment Creditor at the address shown on this Writ with Notice.

   Once you have properly filed your claim, the court will schedule a h earing within 10 days. The Clerk of Court will notify you and the Judgment Creditor or attorney of the date and time of the hearing, by telephone, by mail or in person.

   When you come to your hearing you should be ready to explain why you believe your money or property is "exempt property". If you do not appear at the scheduled time, your money or property may be taken by the Court to pay the judgment entered against you.

   REMEMBER THAT THIS IS ONLY A PARTIAL LIST OF "EXEMPT PROPERTY"; you may wish to consult a lawyer who can advise you of your rights. If you cannot afford one, there are listings of legal assistance and legal aid offices in the yellow pages of the telephone book.

   You must act quickly to protect your rights. Remember you only have 10 days after receiving this notice to file your claim of exemption with the Clerk of Court.

### RETURN OF SERVICE

STATE OF COLORADO   _____   County of _____

I, _____, affirm that I have served a copy of the Writ of Garnishment on _____

_____ (date) at _____ (time), by _____.

Subscribed under oath before me on _____.

_____   Signature
My Commission Expires: _____   Service Fee $ _____

_____
Notary Public

## Judgment Calculation Summary for Plaintiff Esmeraldo Villanueva Echon, Jr.

### Echon et al. v. Sackett et al.,
### United States District Court for the District of Colorado,
### Case No. 14-cv-03420-PAB-NYW

**Governing Rules for Calculations:**

On May 4, 2018, this Court issued an Order regarding damages awarded to Plaintiffs to be paid by Defendants.  ECF No. 215. Specifically, this Court ordered Defendants to pay Plaintiff Esmeraldo Echon $40,022 in unpaid wages (apportioned evenly among Defendants);   $80,044 in non-economic damages (apportioned at 33% against Defendant William Sackett and 67% against Defendant Leonida Sackett); and $120,000 in punitive damages (apportioned evenly among Defendants).

On May 9, 2018, this Court issued the Final Judgment, ordering Defendants to pay the amounts set forth in the previous Order in addition to Plaintiffs' costs to be taxed by the Court Clerk.  ECF No. 216.  On June 7, 2018, Costs were taxed by the Court Clerk in the total amount of $18,001.58 and included in the judgment.  ECF No. 228.

On February 12, 2019, this Court ordered pre-judgment interest to be paid by Defendants on the unpaid wages award and included pre-judgment interest through May 4, 2018 to the unpaid wages awarded to Plaintiff Esmeraldo Echon in the amount of $52,803.02. ECF No. 239.  In the same Order, this Court further ordered Defendants to pay Plaintiffs' attorney fees in the amount of $350,684.25, joint and severally, and to pay post-judgment interest pursuant to 28 U.S.C. §1961 on the judgment at the rate of 2.24% per annum from the date of entry of judgment, May 9, 2018. ECF No. 239. The Amended Final Judgment was issued by this Court on February 14, 2019. ECF No. 240.

On May 7, 2020, the 10th Circuit Court of Appeals awarded Plaintiffs/Appellees additional costs in the amount of $247.20, which supplemented the previously-issued mandate of this Court.  ECF No. 254.  On June 3, 2020, the 10th Circuit Court granted Plaintiffs/Appellees' Motion for Attorneys' Fees on Appeal and remanded it to this Court to  determine the amount of appellate attorneys' fees reasonably and necessary incurred.  ECF Nos. 255 - 256.  Plaintiffs' subsequent Motion for Appellate Attorneys' Fees, filed on July 6, 2020, requesting $61,253.00 be awarded as appellate attorneys' fees, remains pending before this Court.  *See* ECF Nos.  257, 259, & 264.  Please note, that for purposes of Plaintiffs' Application for Issuance of Writs of Garnishments filed herewith, Plaintiffs/Judgment Creditors assert only that they are entitled to the principal judgment amount, costs, the District Court attorneys' fees, and all interest as set forth in ECF Nos. 239 and 240 without prejudice to their right to recover in full the appellate attorney fees amount currently pending before this Court (ECF No. 264) or any other additional amounts to which they are entitled and which are awarded by the Court.

| | |
|---|---|
| **ORIGINAL JUDGMENT - PLAINTIFF ESMERALDO ECHON** | **$ 369,741.77** |
| *Economic Damages (Unpaid wages, including pre-judgment interest)* | *$  52,803.02* |
| *Non-economic Damages* | *$  80,044.00* |
| *Punitive Damages* | *$ 120,000.00* |
| *District Court Attorneys' Fees of $350,684.25 divided by 3* | *$ 116,894.75* |
| | |
| **POST-JUDGMENT INTEREST - PLAINTIFF ESMERALDO ECHON** | **$   16,244.54** |
| **(at 2.24% per annum from May 9, 2019 through July 1, 2020[1])** | |
| *On Economic Damages* | *$    2,571.60* |
| *On Non-economic Damages* | *$    3,898.28* |
| *On Punitive Damages* | *$    5,844.21* |
| *On District Court Attorneys' Fees ($10,913.82 divided by 3)* | *$    3,637.94* |
| *On Costs ($877.54 divided by 1/3)* | *$      292.51* |
| | |
| **COSTS  – PLAINTIFF ESMERALDO ECHON** | **$    6,082.93** |
| *All Costs (District Court & Appellate) ($ 18,248.78 divided by 3)* | *$    6,082.93* |
| **TOTAL** | **$ 392,069.24** |

[1] The post-judgment interest for the judgment amounts issued after May 9, 2019 (i.e. costs) was calculated from the date of the award through July 1, 2020.

| AMOUNTS APPORTIONED PER DEFENDANT ON WRITS | Defendant William Sackett | Defendant Leonida Sackett | TOTAL |
|---|---|---|---|
| **1.Original Amount of Judgment Entered** | **$ 171,263.41** | **$ 198,478.37** | **$ 369,741.78** |
| *Economic Damages* | *26,401.51* | *26,401.51* | *52,803.02* |
| *Non-economic Damages* | *26,414.52* | *53,629.48* | *80,044.00* |
| *Punitive Damages* | *60,000.00* | *60,000.00* | *120,000.00* |
| *1/3 of District Court Attorneys' Fees* | *58,447.38* | *58,447.38* | *116,894.76* |
| | | | |
| **2. Plus Interest Due on Judgment** | **$   7,459.56** | **$   8,784.98** | **$  16,244.54** |
| *Interest on Economic (post-judgment)* | *1,285.80* | *1,285.80* | *2,571.60* |
| *Interest on Non-economic (post-judgment)* | *1,286.43* | *2,611.85* | *3,898.28* |
| *Interest on Punitive (post-judgment)* | *2,922.10* | *2,922.11* | *5,844.21* |
| *Interest on 1/3 D.Ct Fees (post-judgment)* | *1,818.97* | *1,818.97* | *3,637.94* |
| *Interest on 1/3 of All Costs (post-judgment)* | *146.26* | *146.25* | *292.51* |
| | | | |
| **3.Taxable Costs** | **$   3,041.46** | **$   3,041.46** | **$   6,082.92** |
| *1/3 of All Costs (D. Ct & Appellate)* | *3,041.46* | *3,041.46* | *6,082.92* |
| | | | |
| **4. Principal Balance** | **$ 181,764.43** | **$ 210,304.81** | **$ 392,069.24** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

(C.R.C.P. No. 29: Rev 10/12)
Case Number:    14-cv-03420-PAB-NWY

## WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

ESMERALDO VILLANUEVA ECHON, JR., MARIBEL ECHON, AND
JUSTIN ECHON
Plaintiff(s)
vs.
WILLIAM SACKETT AND LEONIDA SACKETT
Defendant(s)

Judgment Debtor's name, last known address, other identifying information: Leonida Sackett, 20370 East Highway 50, Rocky Ford, Colorado 81067

| | | |
|---|---|---|
| 1. Original Amount of Judgment Entered | February 14, 2019 _(Date)_ | $ 198,478.37[1] |
| 2. Plus any interest Due on Judgment | ( 2.24 % per annum) | + $ 8,784.98 |
| 3. Taxable Costs (including estimated cost of service of this Writ) | | + $ 3,041.46 |
| 4. Less any Amount Paid | | - $ 0 |
| 5. Principal Balance/Total Amount Due and Owing | | = $ 210,304.81 |

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of   August 24, 2020
                                                                                                        _(Date)_

Subscribed under oath before me on   8/24/2020

_Amy Wood Ocuno_

Notary Public or Deputy Clerk

My Commission Expires:   2/9/2022

AMY WOOD OCANA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20004020488
MY COMMISSION EXPIRES FEBRUARY 9, 2022

Esmeraldo Villanueva Echon, Jr.
_Print Judgment Creditor's Name_

Address: c/o J. Rodriguez – Colorado Legal Services
1905 Sherman Street, Suite 400, Denver, CO 80203

By: _____

Jenifer Rodriguez, Attorney for Plaintiff /Judgment Creditor
Colorado Legal Services, 1905 Sherman Street, Suite 400
Denver, CO 80203; (303)866-9366

## WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

To the United States Marshal or to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of the Writ of Garnishment upon   Community Banks of Colorado, by service on its registered agent, Angela N. Petrucci, or Successor General Counsel for NBH, N.A., doing business as Community Banks of Colorado, 7800 E. Orchard Rd., Suite 300, Greenwood Village, Colorado 80111

Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:
YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a.  To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you.  **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**

b.  To hold pending court order any personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:

a.  This Writ with Notice applies to all personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.

b.  In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.

c.  If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:
**Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589**

CLERK OF THE COURT:   Jeffrey P. Colwell
                      901 19th Street, Room A-105
                      Denver, Colorado 80294-3589
                      (303) 844-3433

By: _s/S. Phillips, Deputy Clerk_
Deputy Clerk
Date:   9/2/2020

---

[1] This includes various post-judgment awards from the district and appellate court proceedings, please see attached summary. This does not include appellate attorney fees, since an appellate attorney fees motion is pending before the Court (on remand from the appellate court). For purposes of this writ, Plaintiffs/Judgment Creditors assert only their entitlement to the final judgment amounts, including the District Court attorneys' fees and interest as set forth in ECF Nos. 239 and 240 without prejudice to their right to recover in full the appellate attorney fees plus interest to which they are entitled.

The following questions MUST be answered by you under oath:

a.      On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any
        rents, payments, obligations, debts or money's other than earnings of the Judgment Debtor?
        YES ____    NO ____

b.      If "YES", list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional
        pages if necessary):
        _____

c.      Do you claim and setoff against and property, debt of obligation listed above?
        YES ____    NO ____

d.      If you said "YES" to question (c) describe the nature and amount of the setoff claimed:   (Attach additional pages if necessary)
        _____

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct:

Subscribed under oath before me on

_____            _____
                    (Date)                            Name of Garnishee

_____            Address: _____
Notary Public or Deputy Clerk

                                             _____

My Commission Expires: _____          Phone: _____

                                             Name of Person Answering (print): _____

                                             Signature of Person Answering: _____

## NOTICE TO JUDGMENT DEBTOR OF EXEMPTION AND PENDING LEVY

This Writ with Notice is a court order which may cause your property or money to be held and taken to pay a judgment entered against you. You have legal rights which may prevent all or part of your money or property from being taken. That part of the money or property which may not be taken is called "exempt property". A partial list of "exempt property" is shown below, along with the law which may make all or part of your money or property exempt. The purpose of this notice is to tell you about these rights.

### PARTIAL LIST OF EXEMPT PROPERTY (Numbered Statutory References are Subject to Change)

1.   All or part of your property listed in Sections 13-54101 and 102, C.R.S., including clothing, jewelry, books burial sites, household goods, food and fuel, farm animals, seed, tools, equipment and implements, military allowances stock in-trade and certain items used in our occupation, bicycles motor vehicles (greater for disabled persons), life insurance, income tax refunds, money received because of loss or property or for personal injury, equipment that you need because of your health, or money received because you were a victim of a crime.
2.   All or part of your earnings under Section 13-54-104, C.R.S.
3.   Worker's compensation benefits under Section 8-42-124 C.R.S.
4.   Unemployment compensation benefits under Section 8-$0-103, C.R.S.
5.   Group life insurance benefits under Section 10-7-205 C.R.S.
6.   Heal insurance benefits under Section 10-16-212, C.R.S.
7.   Fraternal society benefits under Section 10-14-403, C.R.S.
8.   Family allowances under Section 1511-404, C.R.S.
9.   Teachers' retirement fund benefits under Section 22-64-120, C.R.S.
10.  Public Employees' retirement benefits (PERA) under Section 24-51-212, C.R.S. and Section 24-54-111, C.R.S.
11.  Social security benefits under (OASDI. SSI) under 42 U.S.C. § 407.
12.  Railroad employee retirement benefits under 45 U.S.C. g231.
13.  Public assistance benefits (OAP, AFDC, AND, AB, LEAP under Section 26-2-131 C.R.S.
14.  Police Officers and Firefighter's pension fund payments under Section 31-30-1117, 31-30.5-208 & 31-31-203, C.R.S.
15.  Utility and security deposits under Section 13-54-102(l)(r), C.R.S
16.  Proceeds of the sale of homestead property under Sect ion 38-41-207, C.R.S.
17.  Veteran's Administration benefits under 38 U.S.C. 5301.
18.  Civil service retirement benefits under 5 U.S.C.   8346.
19.  Mobile homes and trailers under Section 38-41-201.6, C.R.S.
20.  Certain retirement and pension funds and benefits under Section 13-54102(s). C.R.S.
        If the money or property which is being withheld from you includes and "exempt property", you must file within 10 days of receiving this notice a written Claim of Exemption with the Clerk of Court describing what money or property you think is "exempt property" and the reason that it is exempt. YOU MUST USE THE APPROVED FORM attached to this Writ or a copy of it. When you file the claim, you must immediately deliver, by certified mail, return receipt requested, a copy of your claim to the Garnishee (person/place that was garnished) and to Judgment Creditor's attorney, or if none, to the judgment Creditor at the address shown on this Writ with Notice.
        Once you have properly filed your claim, the court will schedule a h earing within 10 days. The Clerk of Court will notify you and the Judgment Creditor or attorney of the date and time of the hearing, by telephone, by mail or in person.
        When you come to your hearing you should be ready to explain why you believe your money or property is "exempt property". If you do not appear at the scheduled time, your money or property may be taken by the Court to pay the judgment entered against you.
        REMEMBER THAT THIS IS ONLY A PARTIAL LIST OF "EXEMPT PROPERTY"; you may wish to consult a lawyer who can advise you of your rights. If you cannot afford one, there are listings of legal assistance and legal aid offices in the yellow pages of the telephone book.
        You must act quickly to protect your rights. Remember you only have 10 days after receiving this notice to file your claim of exemption with the Clerk of Court.

## RETURN OF SERVICE

STATE OF COLORADO
                                                          County of _____

I, _____, affirm that I have served a copy of the Writ of Garnishment on _____

_____ (date) at _____ (time), by _____.

Subscribed under oath before me on _____            _____
                                                                                   Signature

_____            My Commission Expires: _____       Service Fee $ _____
Notary Public

## Judgment Calculation Summary for Plaintiff Esmeraldo Villanueva Echon, Jr.

### Echon et al. v. Sackett et al.,
### United States District Court for the District of Colorado,
### Case No. 14-cv-03420-PAB-NYW

**Governing Rules for Calculations:**

On May 4, 2018, this Court issued an Order regarding damages awarded to Plaintiffs to be paid by Defendants.  ECF No. 215. Specifically, this Court ordered Defendants to pay Plaintiff Esmeraldo Echon $40,022 in unpaid wages (apportioned evenly among Defendants);  $80,044 in non-economic damages (apportioned at 33% against Defendant William Sackett and 67% against Defendant Leonida Sackett); and $120,000 in punitive damages (apportioned evenly among Defendants).

On May 9, 2018, this Court issued the Final Judgment, ordering Defendants to pay the amounts set forth in the previous Order in addition to Plaintiffs' costs to be taxed by the Court Clerk.  ECF No. 216.  On June 7, 2018, Costs were taxed by the Court Clerk in the total amount of $18,001.58 and included in the judgment.  ECF No. 228.

On February 12, 2019, this Court ordered pre-judgment interest to be paid by Defendants on the unpaid wages award and included pre-judgment interest through May 4, 2018 to the unpaid wages awarded to Plaintiff Esmeraldo Echon in the amount of $52,803.02. ECF No. 239.  In the same Order, this Court further ordered Defendants to pay Plaintiffs' attorney fees in the amount of $350,684.25, joint and severally, and to pay post-judgment interest pursuant to 28 U.S.C. §1961 on the judgment at the rate of 2.24% per annum from the date of entry of judgment, May 9, 2018. ECF No. 239. The Amended Final Judgment was issued by this Court on February 14, 2019. ECF No. 240.

On May 7, 2020, the 10th Circuit Court of Appeals awarded Plaintiffs/Appellees additional costs in the amount of $247.20, which supplemented the previously-issued mandate of this Court.  ECF No. 254.  On June 3, 2020, the 10th Circuit Court granted Plaintiffs/Appellees' Motion for Attorneys' Fees on Appeal and remanded it to this Court to  determine the amount of appellate attorneys' fees reasonably and necessary incurred.  ECF Nos. 255 - 256.  Plaintiffs' subsequent Motion for Appellate Attorneys' Fees, filed on July 6, 2020, requesting $61,253.00 be awarded as appellate attorneys' fees, remains pending before this Court.  *See* ECF Nos.  257, 259, & 264.  Please note, that for purposes of Plaintiffs' Application for Issuance of Writs of Garnishments filed herewith, Plaintiffs/Judgment Creditors assert only that they are entitled to the principal judgment amount, costs, the District Court attorneys' fees, and all interest as set forth in ECF Nos. 239 and 240 without prejudice to their right to recover in full the appellate attorney fees amount currently pending before this Court (ECF No. 264) or any other additional amounts to which they are entitled and which are awarded by the Court.

| | |
|---|---|
| **ORIGINAL JUDGMENT - PLAINTIFF ESMERALDO ECHON** | **$ 369,741.77** |
| *Economic Damages (Unpaid wages, including pre-judgment interest)* | *$   52,803.02* |
| *Non-economic Damages* | *$   80,044.00* |
| *Punitive Damages* | *$ 120,000.00* |
| *District Court Attorneys' Fees of $350,684.25 divided by 3* | *$ 116,894.75* |
| | |
| **POST-JUDGMENT INTEREST - PLAINTIFF ESMERALDO ECHON** | **$   16,244.54** |
| **(at 2.24% per annum from May 9, 2019 through July 1, 2020[1])** | |
| *On Economic Damages* | *$     2,571.60* |
| *On Non-economic Damages* | *$     3,898.28* |
| *On Punitive Damages* | *$     5,844.21* |
| *On District Court Attorneys' Fees ($10,913.82 divided by 3)* | *$     3,637.94* |
| *On Costs ($877.54 divided by 1/3)* | *$       292.51* |
| | |
| **COSTS  – PLAINTIFF ESMERALDO ECHON** | **$     6,082.93** |
| *All Costs (District Court & Appellate) ($ 18,248.78 divided by 3)* | *$     6,082.93* |
| **TOTAL** | **$ 392,069.24** |

[1] The post-judgment interest for the judgment amounts issued after May 9, 2019 (i.e. costs) was calculated from the date of the award through July 1, 2020.

| AMOUNTS APPORTIONED PER DEFENDANT ON WRITS | Defendant William Sackett | Defendant Leonida Sackett | TOTAL |
|---|---|---|---|
| **1.Original Amount of Judgment Entered** | **$ 171,263.41** | **$ 198,478.37** | **$ 369,741.78** |
| *Economic Damages* | *26,401.51* | *26,401.51* | *52,803.02* |
| *Non-economic Damages* | *26,414.52* | *53,629.48* | *80,044.00* |
| *Punitive Damages* | *60,000.00* | *60,000.00* | *120,000.00* |
| *1/3 of District Court Attorneys' Fees* | *58,447.38* | *58,447.38* | *116,894.76* |
| | | | |
| **2. Plus Interest Due on Judgment** | **$  7,459.56** | **$  8,784.98** | **$  16,244.54** |
| *Interest on Economic (post-judgment)* | *1,285.80* | *1,285.80* | *2,571.60* |
| *Interest on Non-economic (post-judgment)* | *1,286.43* | *2,611.85* | *3,898.28* |
| *Interest on Punitive (post-judgment)* | *2,922.10* | *2,922.11* | *5,844.21* |
| *Interest on 1/3 D.Ct Fees (post-judgment)* | *1,818.97* | *1,818.97* | *3,637.94* |
| *Interest on 1/3 of All Costs (post-judgment)* | *146.26* | *146.25* | *292.51* |
| | | | |
| **3.Taxable Costs** | **$  3,041.46** | **$  3,041.46** | **$  6,082.92** |
| *1/3 of All Costs (D. Ct & Appellate)* | *3,041.46* | *3,041.46* | *6,082.92* |
| | | | |
| **4. Principal Balance** | **$ 181,764.43** | **$ 210,304.81** | **$ 392,069.24** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

(C.R.C.P. No. 29: Rev 10/12)

Case Number: _____14-cv-03420-PAB-NWY_____

---

### WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

ESMERALDO VILLANUEVA ECHON, JR., MARIBEL ECHON, AND
JUSTIN ECHON
Plaintiff(s)
vs.
WILLIAM SACKETT AND LEONIDA SACKETT
Defendant(s)

---

Judgment Debtor's name, last known address, other identifying information: Leonida Sackett, 20370 East Highway 50, Rocky Ford, Colorado 81067

| | | |
|---|---|---|
| 1. Original Amount of Judgment Entered | February 14, 2019 | $ 198,478.37[1] |
| | *(Date)* | |
| 2. Plus any interest Due on Judgment | ( 2.24 % per annum) | + $ 8,784.98 |
| 3. Taxable Costs (including estimated cost of service of this Writ) | | + $ 3,041.46 |
| 4. Less any Amount Paid | | - $ 0 |
| 5. Principal Balance/Total Amount Due and Owing | | = $ 210,304.81 |

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of  August 24, 2020
                                                                                                    *(Date)*

Subscribed under oath before me on   8/24/2020
                                        *(Date)*

_Amy Wood Ocaña_                                     Esmeraldo Villanueva Echon, Jr.
Notary Public or Deputy Clerk                        Print Judgment Creditor's Name

My Commission Expires:   2/9/2022

Address:  c/o J. Rodriguez – Colorado Legal Services

AMY WOOD-OCANA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20004020488
MY COMMISSION EXPIRES FEBRUARY 9, 2022

1905 Sherman Street, Suite 400, Denver, CO 80203

By: _____

Jenifer Rodriguez, Attorney for Plaintiff/Judgment Creditor
Colorado Legal Services, 1905 Sherman Street, Suite 400
Denver, CO 80203; (303)866-9366

### WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

To the United States Marshal or to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of the Writ of Garnishment upon   Colorado State Bank And Trust, by service on its registered agent,
Greg K. Symons, 1600 Broadway, Denver, Colorado 80202,

Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:

YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a.   To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you. **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**

b.   To hold pending court order any personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:

a.   This Writ with Notice applies to all personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.

b.   In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.

c.   If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:

**Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589**

CLERK OF THE COURT: Jeffrey P. Colwell
            901 19th Street, Room A-105
            Denver, Colorado 80294-3589
            (303) 844-3433



By: _s/S. Phillips, Deputy Clerk_
        Deputy Clerk

Date: _9/2/2020_

---

[1] This includes various post-judgment awards from the district and appellate court proceedings, please see attached summary.  This does not include appellate attorney fees, since an appellate attorney fees motion is pending before the Court (on remand from the appellate court). For purposes of this writ, Plaintiffs/Judgment Creditors assert only their entitlement to the final judgment amounts, including the District Court attorneys' fees and interest as set forth in ECF Nos. 239 and 240 without prejudice to their right to recover in full the appellate attorney fees plus interest to which they are entitled.

The following questions MUST be answered by you under oath:

a.      On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or money's other than earnings of the Judgment Debtor?

      YES      NO

b.      If "YES", list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages if necessary):

_____

c.      Do you claim and setoff against and property, debt of obligation listed above?

      YES      NO

d.      If you said "YES" to question (c) describe the nature and amount of the setoff claimed:   (Attach additional pages if necessary)

_____

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct:

Subscribed under oath before me on _____

_____ (Date)          Name of Garnishee

Notary Public or Deputy Clerk _____

Address: _____

_____

My Commission Expires: _____

Phone: _____

Name of Person Answering (print): _____

Signature of Person Answering: _____

## NOTICE TO JUDGMENT DEBTOR OF EXEMPTION AND PENDING LEVY

This Writ with Notice is a court order which may cause your property or money to be held and taken to pay a judgment entered against you. You have legal rights which may prevent all or part of your money or property from being taken. That part of the money or property which may not be taken is called "exempt property". A partial list of "exempt property is shown below, along with the law which may make all or part of your money or property exempt. The purpose of this notice is to tell you about these rights.

### PARTIAL LIST OF EXEMPT PROPERTY (Numbered Statutory References are Subject to Change)

1.  All or part of your property listed in Sections 13-54101 and 102, C.R.S., including clothing, jewelry, books burial sites, household goods, food and fuel, farm animals, seed, tools, equipment and implements, military allowances stock in-trade and certain items used in our occupation, bicycles motor vehicles (greater for disabled persons), life insurance, income tax refunds, money received because of loss or property or for personal injury, equipment that you need because of your health, or money received because you were a victim of a crime.
2.  All or part of your earnings under Section 13-54-104, C.R.S.
3.  Worker's compensation benefits under Section 8-42-124 C.R.S.
4.  Unemployment compensation benefits under Section 8-S0-103, C.R.S.
5.  Group life insurance benefits under Section 10-7-205 C.R.S.
6.  Heal insurance benefits under Section 10-16-212, C.R.S.
7.  Fraternal society benefits under Section 10-14-403, C.R.S.
8.  Family allowances under Section 1511-404, C.R.S.
9.  Teachers' retirement fund benefits under Section 22-64-120, C.R.S.
10. Public Employees' retirement benefits (PERA) under Section 24-51-212, C.R.S. and Section 24-54-111, C.R.S.
11. Social security benefits under (OASDI. SSI) under 42 U.S.C. § 407.
12. Railroad employee retirement benefits under 45 U.S.C. g231.
13. Public assistance benefits (OAP, AFDC, AND, AB, LEAP under Section 26-2-131 C.R.S.
14. Police Officers and Firefighter's pension fund payments under Section 31-30-1117, 31-30.5-208 & 31-31-203, C.R.S.
15. Utility and security deposits under Section 13-54-102(1)(r), C.R.S
16. Proceeds of the sale of homestead property under Sect ion 38-41-207, C.R.S.
17. Veteran's Administration benefits under 38 U.S.C. 5301.
18. Civil service retirement benefits under 5 U.S.C.   8346.
19. Mobile homes and trailers under Section 38-41-201.6, C.R.S.
20. Certain retirement and pension funds and benefits under Section 13-54102(s). C.R.S.

If the money or property which is being withheld from you includes and "exempt property", you must file within 10 days of receiving this notice a written Claim of Exemption with the Clerk of Court describing what money or property you think is "exempt property" and the reason that it is exempt. YOU MUST USE THE APPROVED FORM attached to this Writ or a copy of it. When you file the claim, you must immediately deliver, by certified mail, return receipt requested, a copy of your claim to the Garnishee (person/place that was garnished) and to Judgment Creditor's attorney, or if none, to the Judgment Creditor at the address shown on this Writ with Notice.

Once you have properly filed your claim, the court will schedule a h earing within 10 days. The Clerk of Court will notify you and the Judgment Creditor or attorney of the date and time of the hearing, by telephone, by mail or in person.

When you come to your hearing you should be ready to explain why you believe your money or property is "exempt property". If you do not appear at the scheduled time, your money or property may be taken by the Court to pay the judgment entered against you.

REMEMBER THAT THIS IS ONLY A PARTIAL LIST OF "EXEMPT PROPERTY"; you may wish to consult a lawyer who can advise you of your rights. If you cannot afford one, there are listings of legal assistance and legal aid offices in the yellow pages of the telephone book.

You must act quickly to protect your rights. Remember you only have 10 days after receiving this notice to file your claim of exemption with the Clerk of Court.

## RETURN OF SERVICE

STATE OF COLORADO              County of _____

I, _____, affirm that I have served a copy of the Writ of Garnishment on _____

_____ (date) at _____ (time), by _____.

Subscribed under oath before me on _____.

_____        My Commission Expires: _____      Service Fee $ _____

Notary Public                                                   Signature

## Judgment Calculation Summary for Plaintiff Esmeraldo Villanueva Echon, Jr.

### Echon et al. v. Sackett et al.,
### United States District Court for the District of Colorado,
### Case No. 14-cv-03420-PAB-NYW

**Governing Rules for Calculations:**

On May 4, 2018, this Court issued an Order regarding damages awarded to Plaintiffs to be paid by Defendants.  ECF No. 215. Specifically, this Court ordered Defendants to pay Plaintiff Esmeraldo Echon $40,022 in unpaid wages (apportioned evenly among Defendants);   $80,044 in non-economic damages (apportioned at 33% against Defendant William Sackett and 67% against Defendant Leonida Sackett); and $120,000 in punitive damages (apportioned evenly among Defendants).

On May 9, 2018, this Court issued the Final Judgment, ordering Defendants to pay the amounts set forth in the previous Order in addition to Plaintiffs' costs to be taxed by the Court Clerk.  ECF No. 216.  On June 7, 2018, Costs were taxed by the Court Clerk in the total amount of $18,001.58 and included in the judgment.  ECF No. 228.

On February 12, 2019, this Court ordered pre-judgment interest to be paid by Defendants on the unpaid wages award and included pre-judgment interest through May 4, 2018 to the unpaid wages awarded to Plaintiff Esmeraldo Echon in the amount of $52,803.02. ECF No. 239.  In the same Order, this Court further ordered Defendants to pay Plaintiffs' attorney fees in the amount of $350,684.25, joint and severally, and to pay post-judgment interest pursuant to 28 U.S.C. §1961 on the judgment at the rate of 2.24% per annum from the date of entry of judgment, May 9, 2018. ECF No. 239. The Amended Final Judgment was issued by this Court on February 14, 2019. ECF No. 240.

On May 7, 2020, the 10th Circuit Court of Appeals awarded Plaintiffs/Appellees additional costs in the amount of $247.20, which supplemented the previously-issued mandate of this Court. ECF No. 254. On June 3, 2020, the 10th Circuit Court granted Plaintiffs/Appellees' Motion for Attorneys' Fees on Appeal and remanded it to this Court to determine the amount of appellate attorneys' fees reasonably and necessary incurred. ECF Nos. 255 - 256. Plaintiffs' subsequent Motion for Appellate Attorneys' Fees, filed on July 6, 2020, requesting $61,253.00 be awarded as appellate attorneys' fees, remains pending before this Court. *See* ECF Nos. 257, 259, & 264. Please note, that for purposes of Plaintiffs' Application for Issuance of Writs of Garnishments filed herewith, Plaintiffs/Judgment Creditors assert only that they are entitled to the principal judgment amount, costs, the District Court attorneys' fees, and all interest as set forth in ECF Nos. 239 and 240 without prejudice to their right to recover in full the appellate attorney fees amount currently pending before this Court (ECF No. 264) or any other additional amounts to which they are entitled and which are awarded by the Court.

| | |
|---|---|
| **ORIGINAL JUDGMENT - PLAINTIFF ESMERALDO ECHON** | **$ 369,741.77** |
| *Economic Damages (Unpaid wages, including pre-judgment interest)* | *$ 52,803.02* |
| *Non-economic Damages* | *$ 80,044.00* |
| *Punitive Damages* | *$ 120,000.00* |
| *District Court Attorneys' Fees of $350,684.25 divided by 3* | *$ 116,894.75* |
| | |
| **POST-JUDGMENT INTEREST - PLAINTIFF ESMERALDO ECHON** | **$ 16,244.54** |
| **(at 2.24% per annum from May 9, 2019 through July 1, 2020[1])** | |
| *On Economic Damages* | *$ 2,571.60* |
| *On Non-economic Damages* | *$ 3,898.28* |
| *On Punitive Damages* | *$ 5,844.21* |
| *On District Court Attorneys' Fees ($10,913.82 divided by 3)* | *$ 3,637.94* |
| *On Costs ($877.54 divided by 1/3)* | *$ 292.51* |
| | |
| **COSTS – PLAINTIFF ESMERALDO ECHON** | **$ 6,082.93** |
| *All Costs (District Court & Appellate) ($ 18,248.78 divided by 3)* | *$ 6,082.93* |
| **TOTAL** | **$ 392,069.24** |

[1] The post-judgment interest for the judgment amounts issued after May 9, 2019 (i.e. costs) was calculated from the date of the award through July 1, 2020.

| AMOUNTS APPORTIONED<br>PER DEFENDANT ON WRITS | Defendant<br>William Sackett | Defendant<br>Leonida Sackett | TOTAL |
|---|---|---|---|
| **1.Original Amount of Judgment Entered** | **$ 171,263.41** | **$ 198,478.37** | **$ 369,741.78** |
| *Economic Damages* | *26,401.51* | *26,401.51* | *52,803.02* |
| *Non-economic Damages* | *26,414.52* | *53,629.48* | *80,044.00* |
| *Punitive Damages* | *60,000.00* | *60,000.00* | *120,000.00* |
| *1/3 of District Court Attorneys' Fees* | *58,447.38* | *58,447.38* | *116,894.76* |
| **2. Plus Interest Due on Judgment** | **$   7,459.56** | **$   8,784.98** | **$  16,244.54** |
| *Interest on Economic (post-judgment)* | *1,285.80* | *1,285.80* | *2,571.60* |
| *Interest on Non-economic (post-judgment)* | *1,286.43* | *2,611.85* | *3,898.28* |
| *Interest on Punitive (post-judgment)* | *2,922.10* | *2,922.11* | *5,844.21* |
| *Interest on 1/3 D.Ct Fees (post-judgment)* | *1,818.97* | *1,818.97* | *3,637.94* |
| *Interest on 1/3 of All Costs (post-judgment)* | *146.26* | *146.25* | *292.51* |
| **3.Taxable Costs** | **$   3,041.46** | **$   3,041.46** | **$   6,082.92** |
| *1/3 of All Costs (D. Ct & Appellate)* | *3,041.46* | *3,041.46* | *6,082.92* |
| **4. Principal Balance** | **$ 181,764.43** | **$ 210,304.81** | **$ 392,069.24** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

(C.R.C.P. No. 29: Rev 10/12)
Case Number:     14-cv-03420-PAB-NWY

### WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

ESMERALDO VILLANUEVA ECHON, JR., MARIBEL ECHON, AND
JUSTIN ECHON
Plaintiff(s)
vs.
WILLIAM SACKETT AND LEONIDA SACKETT
Defendant(s)

Judgment Debtor's name, last known address, other identifying information: Leonida Sackett, 20370 East Highway 50, Rocky Ford, Colorado 81067

| | | |
|---|---|---|
| 1. Original Amount of Judgment Entered February 14, 2019 | $ 198,478.37[1] | |
| | (Date) | |
| 2. Plus any interest Due on Judgment      ( 2.24      % per annum) | + $ 8,784.98 | |
| 3. Taxable Costs (including estimated cost of service of this Writ) | + $ 3,041.46 | |
| 4. Less any Amount Paid | - $ 0 | |
| 5. Principal Balance/Total Amount Due and Owing | = $ 210,304.81 | |

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of     August 24, 2020
                                                                                                          (Date)
Subscribed under oath before me on     8/24/2020

Esmeraldo Villanueva Echon, Jr.
Print Judgment Creditor's Name

Notary Public or Deputy Clerk

Address:  c/o J. Rodriguez – Colorado Legal Services

1905 Sherman Street, Suite 400, Denver, CO 80203

My Commission Expires:     2/9/2022     By:

Jenifer Rodriguez, Attorney for Plaintiff/Judgment Creditor
Colorado Legal Services, 1905 Sherman Street, Suite 400
Denver, CO 80203; (303)866-9366

AMY WOOD-OCANA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20004020488
MY COMMISSION EXPIRES 02/09/2022

### WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

To the United States Marshal or to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of the Writ of Garnishment upon   The First National Bank of Las Animas, upon its registered agent,
Dale L. Leighty, 535 Bent Avenue, Las Animas, Colorado 81054,

Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:
YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a.  To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you. **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**

b.  To hold pending court order any personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:

a.  This Writ with Notice applies to all personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.

b.  In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.

c.  If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:

**Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589**

CLERK OF THE COURT:   Jeffrey P. Colwell         By:   s/S. Phillips, Deputy Clerk
                      901 19th Street, Room A-105              Deputy Clerk
                      Denver, Colorado 80294-3589   Date:     9/2/2020
                      (303) 844-3433

---

[1] This includes various post-judgment awards from the district and appellate court proceedings, please see attached summary. This does not include appellate attorney fees, since an appellate attorney fees motion is pending before the Court (on remand from the appellate court). For purposes of this writ, Plaintiffs/Judgment Creditors assert only their entitlement to the final judgment amounts, including the District Court attorneys' fees and interest as set forth in ECF Nos. 239 and 240 without prejudice to their right to recover in full the appellate attorney fees plus interest to which they are entitled.

The following questions MUST be answered by you under oath:

a.      On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or money's other than earnings of the Judgment Debtor?

            YES       NO

b.      If "YES", list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages if necessary):

_____

c.      Do you claim and setoff against and property, debt of obligation listed above?

            YES       NO

d.      If you said "YES" to question (c) describe the nature and amount of the setoff claimed:   (Attach additional pages if necessary)

_____

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct:

Subscribed under oath before me on

_____          _____
                  (Date)                                                                                    Name of Garnishee

_____          Address: _____
Notary Public or Deputy Clerk

                                            _____

My Commission Expires: _____          Phone: _____

                                            Name of Person Answering (print): _____

                                            Signature of Person Answering: _____

## NOTICE TO JUDGMENT DEBTOR OF EXEMPTION AND PENDING LEVY

This Writ with Notice is a court order which may cause your property or money to be held and taken to pay a judgment entered against you. You have legal rights which may prevent all or part of your money or property from being taken. That part of the money or property which may not be taken is called "exempt property". A partial list of "exempt property is shown below, along with the law which may make all or part of your money or property exempt. The purpose of this notice is to tell you about these rights.

### PARTIAL LIST OF EXEMPT PROPERTY (Numbered Statutory References are Subject to Change)

1.    All or part of your property listed in Sections 13-54101 and 102, C.R.S., including clothing, jewelry, books burial sites, household goods, food and fuel, farm animals, seed, tools, equipment and implements, military allowances stock in-trade and certain items used in our occupation, bicycles motor vehicles (greater for disabled persons), life insurance, income tax refunds, money received of loss or property or for personal injury, equipment that you need because of your health, or money received because you were a victim of a crime.
2.    All or part of your earnings under Section 13-54-104, C.R.S.
3.    Worker's compensation benefits under Section 8-42-124 C.R.S.
4.    Unemployment compensation benefits under Section 8-$0-103, C.R.S.
5.    Group life insurance benefits under Section 10-7-205 C.R.S.
6.    Heal insurance benefits under Section 10-16-212, C.R.S.
7.    Fraternal society benefits under Section 10-14-403, C.R.S.
8.    Family allowances under Section 1511-404, C.R.S.
9.    Teachers' retirement fund benefits under Section 22-64-120, C.R.S.
10.    Public Employees' retirement benefits (PERA) under Section 24-51-212, C.R.S. and Section 24-54-111, C.R.S.
11.    Social security benefits under (OASDI. SSI) under 42 U.S.C. § 407.
12.    Railroad employee retirement benefits under 45 U.S.C. g231.
13.    Public assistance benefits (OAP, AFDC, AND, AB, LEAP under Section 31-30-1117, 31-30.5-208 & 31-31-203, C.R.S.
14.    Police Officers and Firefighter's pension fund payments under Section 31-30-1117, 31-30.5-208 & 31-31-203, C.R.S.
15.    Utility and security deposits under Section 13-54-102(l)(r), C.R.S
16.    Proceeds of the sale of homestead property under Sect ion 38-41-207, C.R.S.
17.    Veteran's Administration benefits under 38 U.S.C. 5301.
18.    Civil service retirement benefits under 5 U.S.C.   8346.
19.    Mobile homes and trailers under Section 38-41-201.6, C.R.S.
20.    Certain retirement and pension funds and benefits under Section 13-54102(s). C.R.S.

    If the money or property which is being withheld from you includes and "exempt property", you must file within 10 days of receiving this notice a written Claim of Exemption with the Clerk of Court describing what money or property you think is "exempt property" and the reason that it is exempt. YOU MUST USE THE APPROVED FORM attached to this Writ or a copy of it. When you file the claim, you must immediately deliver, by certified mail, return receipt requested, a copy of your claim to the Garnishee (person/place that was garnished) and to Judgment Creditor's attorney, or if none, to the Judgment Creditor at the address shown on this Writ with Notice.

    Once you have properly filed your claim, the court will schedule a h earing within 10 days. The Clerk of Court will notify you and the Judgment Creditor or attorney of the date and time of the hearing, by telephone, by mail or in person.

    When you come to your hearing you should be ready to explain why you believe your money or property is "exempt property". If you do not appear at the scheduled time, your money or property may be taken by the Court to pay the judgment entered against you.

    REMEMBER THAT THIS IS ONLY A PARTIAL LIST OF "EXEMPT PROPERTY"; you may wish to consult a lawyer who can advise you of your rights. If you cannot afford one, there are listings of legal assistance and legal aid offices in the yellow pages of the telephone book.

    You must act quickly to protect your rights. Remember you only have 10 days after receiving this notice to file your claim of exemption with the Clerk of Court.

## RETURN OF SERVICE

STATE OF COLORADO                                            County of _____

I, _____, affirm that I have served a copy of the Writ of Garnishment on _____

_____ (date) at _____ (time), by _____.

Subscribed under oath before me on _____.

                                                                        Signature

_____           My Commission Expires: _____         Service Fee $ _____
Notary Public

### Judgment Calculation Summary for Plaintiff Esmeraldo Villanueva Echon, Jr.

### Echon et al. v. Sackett et al.,
### United States District Court for the District of Colorado,
### Case No. 14-cv-03420-PAB-NYW

**Governing Rules for Calculations:**

On May 4, 2018, this Court issued an Order regarding damages awarded to Plaintiffs to be paid by Defendants. ECF No. 215. Specifically, this Court ordered Defendants to pay Plaintiff Esmeraldo Echon $40,022 in unpaid wages (apportioned evenly among Defendants);  $80,044 in non-economic damages (apportioned at 33% against Defendant William Sackett and 67% against Defendant Leonida Sackett); and $120,000 in punitive damages (apportioned evenly among Defendants).

On May 9, 2018, this Court issued the Final Judgment, ordering Defendants to pay the amounts set forth in the previous Order in addition to Plaintiffs' costs to be taxed by the Court Clerk. ECF No. 216.  On June 7, 2018, Costs were taxed by the Court Clerk in the total amount of $18,001.58 and included in the judgment. ECF No. 228.

On February 12, 2019, this Court ordered pre-judgment interest to be paid by Defendants on the unpaid wages award and included pre-judgment interest through May 4, 2018 to the unpaid wages awarded to Plaintiff Esmeraldo Echon in the amount of $52,803.02. ECF No. 239.  In the same Order, this Court further ordered Defendants to pay Plaintiffs' attorney fees in the amount of $350,684.25, joint and severally, and to pay post-judgment interest pursuant to 28 U.S.C. §1961 on the judgment at the rate of 2.24% per annum from the date of entry of judgment, May 9, 2018. ECF No. 239. The Amended Final Judgment was issued by this Court on February 14, 2019. ECF No. 240.

On May 7, 2020, the 10th Circuit Court of Appeals awarded Plaintiffs/Appellees additional costs in the amount of $247.20, which supplemented the previously-issued mandate of this Court.  ECF No. 254.  On June 3, 2020, the 10th Circuit Court granted Plaintiffs/Appellees' Motion for Attorneys' Fees on Appeal and remanded it to this Court to  determine the amount of appellate attorneys' fees reasonably and necessary incurred.  ECF Nos. 255 - 256.  Plaintiffs' subsequent Motion for Appellate Attorneys' Fees, filed on July 6, 2020, requesting $61,253.00 be awarded as appellate attorneys' fees, remains pending before this Court.  *See* ECF Nos.  257, 259, & 264.  Please note, that for purposes of Plaintiffs' Application for Issuance of Writs of Garnishments filed herewith, Plaintiffs/Judgment Creditors assert only that they are entitled to the principal judgment amount, costs, the District Court attorneys' fees, and all interest as set forth in ECF Nos. 239 and 240 without prejudice to their right to recover in full the appellate attorney fees amount currently pending before this Court (ECF No. 264) or any other additional amounts to which they are entitled and which are awarded by the Court.

| | |
|---|---|
| **ORIGINAL JUDGMENT - PLAINTIFF ESMERALDO ECHON** | **$ 369,741.77** |
| *Economic Damages (Unpaid wages, including pre-judgment interest)* | *$ 52,803.02* |
| *Non-economic Damages* | *$ 80,044.00* |
| *Punitive Damages* | *$ 120,000.00* |
| *District Court Attorneys' Fees of $350,684.25 divided by 3* | *$ 116,894.75* |
| | |
| **POST-JUDGMENT INTEREST - PLAINTIFF ESMERALDO ECHON** | **$  16,244.54** |
| **(at 2.24% per annum from May 9, 2019 through July 1, 2020[1])** | |
| *On Economic Damages* | *$    2,571.60* |
| *On Non-economic Damages* | *$    3,898.28* |
| *On Punitive Damages* | *$    5,844.21* |
| *On District Court Attorneys' Fees ($10,913.82 divided by 3)* | *$    3,637.94* |
| *On Costs ($877.54 divided by 1/3)* | *$      292.51* |
| | |
| **COSTS  – PLAINTIFF ESMERALDO ECHON** | **$    6,082.93** |
| *All Costs (District Court & Appellate) ($ 18,248.78 divided by 3)* | *$    6,082.93* |
| **TOTAL** | **$ 392,069.24** |

---

[1] The post-judgment interest for the judgment amounts issued after May 9, 2019 (i.e. costs) was calculated from the date of the award through July 1, 2020.

| AMOUNTS APPORTIONED<br>PER DEFENDANT ON WRITS | Defendant<br>William Sackett | Defendant<br>Leonida Sackett | TOTAL |
|---|---|---|---|
| **1. Original Amount of Judgment Entered** | **$ 171,263.41** | **$ 198,478.37** | **$ 369,741.78** |
| *Economic Damages* | *26,401.51* | *26,401.51* | *52,803.02* |
| *Non-economic Damages* | *26,414.52* | *53,629.48* | *80,044.00* |
| *Punitive Damages* | *60,000.00* | *60,000.00* | *120,000.00* |
| *1/3 of District Court Attorneys' Fees* | *58,447.38* | *58,447.38* | *116,894.76* |
| **2. Plus Interest Due on Judgment** | **$ 7,459.56** | **$ 8,784.98** | **$ 16,244.54** |
| *Interest on Economic (post-judgment)* | *1,285.80* | *1,285.80* | *2,571.60* |
| *Interest on Non-economic (post-judgment)* | *1,286.43* | *2,611.85* | *3,898.28* |
| *Interest on Punitive (post-judgment)* | *2,922.10* | *2,922.11* | *5,844.21* |
| *Interest on 1/3 D.Ct Fees (post-judgment)* | *1,818.97* | *1,818.97* | *3,637.94* |
| *Interest on 1/3 of All Costs (post-judgment)* | *146.26* | *146.25* | *292.51* |
| **3. Taxable Costs** | **$ 3,041.46** | **$ 3,041.46** | **$ 6,082.92** |
| *1/3 of All Costs (D. Ct & Appellate)* | *3,041.46* | *3,041.46* | *6,082.92* |
| **4. Principal Balance** | **$ 181,764.43** | **$ 210,304.81** | **$ 392,069.24** |